# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 20-cv-01319-JRT-HB

**Case Title:** Howard B. Samuels, et al. v. Cargill, Inc, et al.

### Affidavit of Movant

I, Bryan L. Bleichner, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Megan E. Jones, an attorney admitted to practice and currently in good standing in the U.S. District Court for the District of California, but not admitted to the bar of this court, who will be counsel for the plaintiffs in the case listed above.[1]

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

__X__ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

_____ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: */s/ Bryan L. Bleichner*          Date: July 15, 2020
MN Attorney License #:  0326689

---

[1] Ms. Jones's retention is pending review by The United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, Case No. 17-13886-JSB based on the 14-day objection period following the filing of Ms. Jones's declaration in support of the Notice of Proposed Retention of Associated Counsel, Pursuant to 11 U.S.C. §§327(a) and 328 and Bankruptcy Rule 2014, in Connection with Beef Antitrust Litigation.

1

**Affidavit of Proposed Admittee**

I, Megan E. Jones, am currently a member in good standing of the U.S. District Court for the District of California, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: /s/ Megan E. Jones             Date: July 15, 2020

Typed Name: Megan E. Jones

Attorney License Number: CA-296274; NC 26923 issued by the States of California and North Carolina.

Federal Bar Number (if you have one): _____

Law Firm Name: Hausfeld LLP

Law Firm Address: 600 Montgomery Street, Suite 3200

        San Francisco, CA  94111

Main phone: (415) 633-1908             Direct line: (415) 744-1951

E-mail address: mjones@hausfeld.com