# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., STRACK AND VAN TIL SUPER MARKET, INC. AND SVT, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CARGILL, INC., JBS USA FOOD COMPANY HOLDINGS, NATIONAL BEEF PACKING COMPANY, TYSON FOODS, INC.,<br><br>　　Defendants. | Case No. 0:20-cv-01319 (JRT/HB) |

## MOTION OF DIRECT PURCHASER PLAINTIFF TO APPOINT INTERIM CO-LEAD CLASS COUNSEL

Direct Purchaser Plaintiff respectfully moves this Court for an Order pursuant to Federal Rule of Civil Procedure 23(g) to appoint the firms of Chestnut Cambronne PA, Hartley LLP, Freed Kanner London & Millen LLC, and Hausfeld LLP as interim direct purchaser plaintiff co-lead class counsel in this litigation, and granting any such further relief as the Court may deem just and proper.

1

Dated: July 17, 2020				Respectfully submitted,


				/s/ Karl L. Cambronne
				Karl L. Cambronne
				Bryan L. Bleichner
				CHESTNUT CAMBRONNE PA
				100 Washington Avenue South, Suite 1700
				Minneapolis, MN 55401
				Tel: (612) 339-7300
				Email: kcambronne@chestnutcambronne.com
					bbleichner@chestnutcambronne.com

				Jason S. Hartley (*pro hac vice*)
				HARTLEY LLP
				101 W. Broadway, Suite 820
				San Diego, CA 92101
				Tel: (619) 400-5822
				Email: hartley@hartleyllp.com

				Douglas A. Millen (*pro hac vice*)
				FREED KANNER LONDON & MILLEN LLC
				2201 Waukegan Road, Suite 130
				Bannockburn, IL 60015
				Tel: (224) 632-4500
				Email: dmillen@fklmlaw.com

				Megan E. Jones (*pro hac vice* forthcoming)
				HAUSFELD LLP
				600 Montgomery Street, Suite 3200
				San Francisco, CA 94111
				Tel: (415) 633-1908
				Email: mjones@hausfeld.com

				*Counsel for Plaintiff and Proposed Interim
				DPP Co-Lead Counsel*