# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., STRACK AND VAN TIL SUPER MARKET, INC. AND SVT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INC., JBS USA FOOD COMPANY HOLDINGS, NATIONAL BEEF PACKING COMPANY, TYSON FOODS, INC.,<br><br>Defendants. | Case No. 0:20-cv-01319 (JRT/HB) |

**DECLARATION OF KARL L. CAMBRONNE IN SUPPORT OF DIRECT PURCHASER PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL**

I, Karl L. Cambronne, declare as follows:

1. I am a senior partner at the law firm Chestnut Cambronne PA and am licensed to practice law in the Sate of Minnesota. I am attorney of record for Plaintiff Howard B. Samuels, solely as chapter 7 trustee of the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc. and SVT, LLC, in the above-captioned matter.

2. I submit this declaration in support of the accompanying Motion of Direct Purchaser Plaintiff to Appoint Interim Co-Lead Counsel. I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

3. Attached hereto as Exhibit A is a proposed letter establishing a time and expense reporting protocol for all Direct Purchaser Plaintiffs' Counsel.

1

4. Attached hereto as Exhibit B is a true and correct copy of the firm resume for Chestnut Cambronne PA.

5. Attached hereto as Exhibit C is a true and correct copy of the firm resume for Hartley LLP.

6. Attached hereto as Exhibit D is a true and correct copy of the firm resume for Freed Kanner London & Millen LLC.

7. Attached hereto as Exhibit E is a true and correct copy of the firm resume for Hausfeld LLP.

Executed on July 17, 2020, at Minneapolis, Minnesota.

*/s/ Karl L. Cambronne*
Karl L. Cambronne