UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., STRACK AND VAN TIL SUPER MARKET, INC. AND SVT, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CARGILL, INC., JBS USA FOOD COMPANY HOLDINGS, NATIONAL BEEF PACKING COMPANY, TYSON FOODS, INC.,<br><br>    Defendants. | Case No. 0:20-cv-01319 (JRT/HB) |

**AMENDED NOTICE OF HEARING ON DIRECT PURCHASER PLAINTIFF'S MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**

PLEASE TAKE NOTICE that on August 4, 2020 at 1:00 p.m. via Zoom Gov, before the Honorable Hildy Bowbeer, Magistrate Judge for the United States District Court for the District of Minnesota, Direct Purchaser Plaintiff will move the Court for an Order granting its Motion to Appoint Interim Co-Lead Class Counsel.

Date:  July 20, 2020                                   Respectfully submitted,

/s/ Karl L. Cambronne
Karl L. Cambronne
Bryan L. Bleichner
CHESTNUT CAMBRONNE PA
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Tel: (612) 339-7300
Email: kcambronne@chestnutcambronne.com
bbleichner@chestnutcambronne.com

Jason S. Hartley (*pro hac vice*)
HARTLEY LLP
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
Email: hartley@hartleyllp.com

Douglas A. Millen (*pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel: (224) 632-4500
Email: dmillen@fklmlaw.com

Megan E. Jones (*pro hac vice* forthcoming)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
Email: mjones@hausfeld.com

*Counsel for Plaintiff and Proposed Interim DPP Co-Lead Counsel*