UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HOWARD B. SAMUELS, solely as chapter 7 trustee of the estates of CENTRAL GROCERS, INC., STRACK AND VAN TIL SUPER MARKET, INC. and SVT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INC., JBS USA FOOD COMPANY HOLDINGS, NATIONAL BEEF PACKING COMPANY, TYSON FOODS, INC.,<br><br>Defendants. | Case No. 20-cv-1319 (JRT/HB)<br><br>**DEFENDANT JBS USA FOOD COMPANY HOLDINGS' RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JBS USA Food Company Holdings ("JBS USA Holdings") hereby certifies the following:

1. JBS USA Holdings' parent corporation is JBS Luxembourg S.à r.l ("JBS Luxembourg"), a Luxembourg private limited liability company.

2. JBS USA Holdings and JBS Luxembourg are indirect wholly-owned subsidiaries of their ultimate parent JBS, S.A., a Brazilian company.

3. Except for JBS, S.A., which is publicly traded, there is no publicly traded corporation that owns more than 10% of JBS USA Holdings' stock.

As reflected in the agreed-upon Stipulation (Dkt. No. 20), JBS USA Holdings expressly reserves its rights to raise any and all defenses in this litigation.

2

Dated: August 3, 2020

| | |
|---|---|
| SPENCER FANE LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| By:  */s/ Donald G. Heeman*    <br>    Donald G. Heeman, #286023<br>    Jessica J. Nelson, #347358<br>    Randi J. Winter, #0391354<br>    100 South Fifth Street, Suite 2500<br>    Minneapolis, MN  55402<br>    Telephone:  (612) 268-7000<br>    Facsimile:  (612) 268-7001<br>    dheeman@spencerfane.com<br>    jnelson@spencerfane.com<br>    rwinter@spencerfane.com | Stephen Neuwirth (*pro hac vice*)<br>Sami H. Rashid (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>Telephone: (212) 849 7000<br>stephenneuwirth@quinnemanuel.com<br>samirashid@quinnemanuel.com |

*Attorneys for Defendant JBS USA Food Company Holdings*