# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Civil No. 19-cv-1222 (JRT/HB)<br><br>**ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR PROTECTIVE ORDER FOR REDACTIONS OF SEPTEMBER 4, 2020 HEARING TRANSCRIPT** |
| KENNETH PETERSON, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.<br><br>            Defendants. | Civil No. 19-cv-1129 (JRT/HB) |
| IN RE DPP BEEF LITIGATION<br><br>This document applies to:<br><br>ALL CASES | Civil No. 20-cv-1319 (JRT/HB) |
| ERBERT & GERBERT'S, INC.<br><br>Plaintiff,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>Defendants. | Civil No. 20-cv-1414 (JRT/HB) |

This matter is before the Court on Defendants' Unopposed Motion for Protective Order for Redactions of September 4, 2020 Hearing Transcript (No. 19-cv-1222, ECF No. 287; No. 19-cv-1129, ECF No. 213; No. 20-cv-1319, ECF No. 107; No. 20-cv-1414, ECF No. 75) ("Motion").

2

Based upon all the files, records, proceedings, and arguments of counsel, **IT IS HEREBY ORDERED** that Defendants' Motion (No. 19-cv-1222, ECF No. 287; No. 19-cv-1129, ECF No. 213; No. 20-cv-1319, ECF No. 107; No. 20-cv-1414, ECF No. 75) is **GRANTED** as follows:

1. The Court finds good cause exists to redact the confidential information identified in Defendants' Motion pursuant to Federal Rule of Civil Procedure 5.2(e)(1).

2. The court reporter shall redact the information set forth in Defendants' Statement of Redaction (No. 19-cv-1222, ECF 284; No. 19-cv-1129, ECF 210; No. 20-cv-1319, ECF 104; No. 20-cv-1414, ECF 72), and highlighted in Exhibit A thereto (No. 19-cv-1222, ECF 285; No. 19-cv-1129, ECF 211; No. 20-cv-1319, ECF 105; No. 20-cv-1414, ECF 73), from the transcript of the Case Management Conference and Motions Hearing held on September 4, 2020 before Magistrate Judge Hildy Bowbeer, filed on September 12, 2020 [No. 19-cv-1222, ECF 264; No. 19-cv-1129, ECF 190; No. 20-cv-1319, ECF 74; No. 20-cv-1414, ECF 50].

Dated: October 14, 2020       s/ *Hildy Bowbeer*
                              HILDY BOWBEER
                              United States Magistrate Judge