## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 19-cv-1222 (JRT/HB) |
| KENNETH PETERSON, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>       Defendants. | Case No. 19-cv-1129 (JRT/HB) |
| IN RE DPP BEEF LITIGATION<br><br>This document applies to:<br><br>ALL CASES | Case No. 20-cv-1319 (JRT/HB) |
| ERBERT & GERBERT'S, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>       Defendants. | Case No. 20-cv-1414 (JRT/HB) |

## ORDER ON JOINT STIPULATION
## FOR AMENDING COMPLAINTS AND
## SETTING DEADLINES FOR MOTIONS TO DISMISS

Pursuant to the Joint Stipulation for Amending Complaints and Setting Deadlines

for Motions to Dismiss [Case No. 19-cv-1222, ECF 300; Case No. 19-cv-1129, ECF 226;

Case No. 20-cv-1319, ECF 127; Case No. 20-cv-1414, ECF 93] entered into by the parties in the above-captioned cases,[1] **IT IS HEREBY ORDERED** that the Joint Stipulation is **APPROVED** and that:

1.    The plaintiffs in *In re DPP Beef Litigation*, Case No. 20-cv-1319 ("*In re DPP*"), and *Erbert & Gerbert's, Inc. v. JBS USA Food Company Holdings*, Case No. 20-cv-1414 ("*Erbert & Gerbert's*"), will voluntarily amend their complaints in those cases by no later than **December 28, 2020**, which complaints include *Samuels v. Cargill, Incorporated*, ECF No. 1, Case No. 20-cv-1319; *Olean Wholesale Grocery Cooperative, Inc. v. Cargill, Incorporated*, ECF No. 1, Case No. 20-cv-1602; and *Erbert & Gerbert's, Inc. v. JBS USA Food Company Holdings*, ECF No. 1, Case No. 20-cv-1414 (the "Complaints"). Such voluntary amendments will be made pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).

2.    In amending the *Samuels* and *Olean* Complaints, the *In re DPP* plaintiffs will file a single consolidated amended complaint.

3.    In the interim, until such amended complaints are filed in *In re DPP* and *Erbert & Gerbert's*, defendants will not be required to answer or otherwise respond to the Complaints.

4.    Defendants will answer or otherwise respond to any amended complaints filed in *In re DPP*; *Erbert & Gerbert's*; *In re Cattle Antitrust Litigation*,

---

[1] The Joint Stipulation specified that "defendants" or "parties" excludes JBS S.A. in the non-*Cattle* cases.

Case No. 19-cv-1222; and/or *Peterson v. JBS USA Food Company Holdings*, Case No. 19-cv-1129, by no later than **February 11, 2021**.

5.     The following briefing schedule will govern any motions to dismiss filed by defendants in any of these four cases:

Defendants' motions to dismiss will be filed by **February 11, 2021**;

Plaintiffs' oppositions will be filed by **March 29, 2021**, and

Defendants' replies will be filed by **April 26, 2021**.

Promptly upon the filing of the last amended complaint in the above-referenced cases, plaintiffs in all of those cases will meet and confer with all defendants to agree on word limits for the motions to dismiss. The parties will report back to the Court with a proposal by e-filing a joint letter within seven days of the filing of the last amended complaint.

6.     Nothing in this order shall constitute a waiver of (a) any jurisdictional defenses that may be available; (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, any defense listed in Rule 12(b) of the Federal Rules of Civil Procedure, or otherwise; or (c) any other defenses that may be available to defendants.  Defendants have expressly reserved their rights to raise these and any other defenses available to them.

Date: November 30, 2020          *s/ Hildy Bowbeer*
                                                        Hildy Bowbeer
                                                        United States Magistrate Judge

3