# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No. 0:19-cv-01222 (JRT/HB) |
| KENNETH PETERSON, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, *et al.*,<br><br>        Defendants. | Case No. 0:19-cv-01129 (JRT/HB) |
| IN RE DPP BEEF LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No. 0:20-cv-01319 (JRT/HB) |
| ERBERT & GERBERT'S, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, *et al.*,<br><br>       Defendants. | Case No. 0:20-cv-01414 (JRT/HB) |

**ORDER REGARDING JOINT STIPULATION ON CORRECTED COMPLAINTS**

Pursuant to the Joint Stipulation on Corrected Complaints (ECF No. 323) entered into by the parties in the above-captioned actions ("Joint Stipulation"), and for good cause shown, **IT IS HEREBY ORDERED** that:

Plaintiffs in the *Peterson*, *DPP*, and *Erbert & Gerbert's, Inc.* actions shall promptly file both the sealed and redacted versions of their proposed corrected complaints in their respective dockets.

The following briefing schedule will govern any motions to dismiss filed by Defendants in the above-referenced actions:

- Defendants' motions to dismiss will be filed by **February 18, 2021**;
- Plaintiffs' oppositions will be filed by **April 5, 2021**, and
- Defendants' replies will be filed by **May 3, 2021**.

This briefing schedule supersedes the motion to dismiss briefing schedule set forth in the Order on Joint Stipulation for Amending Complaints and Setting Deadlines for Motions to Dismiss. *See*, *e.g.*, *In re DPP Beef Litig.,* No. 0:20-cv-01319, ECF No. 131.


Date:   January 26, 2021                      s/*Hildy Bowbeer*
                                              HILDY BOWBEER
                                              United States Magistrate Judge