# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL CASES | Case No. 19-cv-1222 (JRT/HB) |
| KENNETH PETERSON, et al.<br><br>       Plaintiffs,<br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.<br><br>       Defendants. | Case No. 19-cv-1129 (JRT/HB) |
| IN RE DPP BEEF LITIGATION<br><br>This document applies to:<br><br>ALL CASES | Case No. 20-cv-1319 (JRT/HB) |
| ERBERT & GERBERT'S, INC.<br><br>       Plaintiff,<br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>       Defendants. | Case No. 20-cv-1414 (JRT/HB) |

## AMENDED NOTICE OF HEARING ON DEFENDANTS' JOINT AND SEPARATE MOTIONS TO DISMISS

**PLEASE TAKE NOTICE**, that, at 2:00 p.m. on June 25, 2021, via video-conference, before the Honorable John R. Tunheim, District Judge of the United States District Court for the District of Minnesota, Courtroom 15, 300 South Fourth Street,

Minneapolis, MN 55415, Defendants will move the Court for an order granting their Joint Motion to Dismiss with prejudice [*Cattle*, Case No. 19-cv-1222, ECF No. 326[1]] and Defendants' separate motions to dismiss with prejudice the most recent amended complaints in the above-captioned actions [*Cattle*, Case No. 19-cv-1222, ECF Nos. 330, 333, 338 & 342], pursuant to Rule 12 of the Federal Rules of Civil Procedure.

---

[1] For convenience, ECF citations are only to the *Cattle* case. Defendants filed identical motions in all four of the above-captioned cases.

/s/ X. Kevin Zhao
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee, Reg. No. 0400175
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Tel.: (612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com

Michael E. Lackey, Jr. (*pro hac vice*)
Nicole A. Saharsky (*pro hac vice*)
William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel.: (202) 263-3338
mlackey@mayerbrown.com
nsaharsky@mayerbrown.com
wstallings@mayerbrown.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*

/s/ Donald G. Heeman
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spenderfane.com

Stephen Neuwirth (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**

/s/ Benjamin L. Ellison
Benjamin L. Ellison, Reg. No. 0392777
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8862
bellison@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle K. Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Tel: (216) 586-3939
mfischer@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
77 West Wacker Drive, Suite 3500
Chicago, IL 60601-1692
Tel: (312) 269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*

/s/ David P. Graham
David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

Jon B. Jacobs (*pro hac vice*)
Jeremy C. Keeney (*pro hac vice*)

3

51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com

Ethan Glass, Reg. No. 0316490
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
1300 I Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 538-8265
ethan.glass@quinnemanuel.com

*Counsel for Defendants JBS USA Food Company Holdings, JBS Packerland, Inc., and Swift Beef Company, and Special Appearance for JBS S.A., in the Peterson, DPP and Erbert & Gerbert's cases*

/s/ Lewis A. Remele, Jr.
Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Mark F. Enenbach (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
Matthew G. Munro (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com

**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com
jkeeney@perkinscoie.com

Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com

*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*

4

mmunro@mcgrathnorth.com
*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., and Swift Beef Company in the Cattle case and Special Appearance for JBS S.A. in the Cattle case*