UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: DPP BEEF ANTITRUST LITIGATION | Case No. 0:20-cv-1319 (JRT/HB)<br><br>**NOTICE OF WITHDRAWAL AS ATTORNEY** |

PLEASE TAKE NOTICE that pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, Erica C. Lai hereby withdraws as attorney of record for Plaintiffs Howard B. Samuels, solely as Chapter 7 trustee for the estates of Central Grocers, Inc., Strack and Van Til Super Market, Inc., and SVT, LLC, and the putative Direct Purchaser class in the above-captioned matter. Plaintiffs will continue to be represented by other attorneys who have entered appearances in this matter, and will not be prejudiced in any way by this withdrawal.

Dated: May 25, 2021

/s/ Erica C. Lai
Erica C. Lai (*admitted pro hac vice*)
COHEN & GRESSER LLP
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Tel: (202) 851-2070
Fax: (202) 851-2081
Email: elai@cohengresser.com

*Counsel to Plaintiffs*