# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE DPP BEEF LITIGATION | Case No. 20-cv-1319 (JRT/HB) |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dylan McFarland of Hartley LLP hereby notifies the Court, parties and counsel that he will appear as counsel of record for Direct Purchaser Plaintiffs in the above-captioned matter.

DATED:	June 24, 2021	HARTLEY LLP

By: s/Dylan McFarland
Dylan McFarland
MN Atty No. 012543X
HARTLEY LLP
101 W. Broadway, Ste. 820
San Diego, CA 92101
619-400-5822
mcfarland@hartleyllp

*Counsel for Direct Purchaser Plaintiffs*