UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE DPP BEEF LITIGATION**<br><br>**This document applies to:**<br>**ALL CASES** | Case No. 20-cv-1319 (JRT/HB)<br>**(Lead Case)** |
| IN RE CATTLE ANTITRUST LITIGATION<br><br>This document relates to:<br>ALL CASES | Case No. 19-cv-1222 (JRT/HB) |
| KENNETH PETERSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>Defendants. | Case No. 19-cv-1129 (JRT/HB) |
| ERBERT & GERBERT'S, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JBS USA FOOD COMPANY HOLDINGS, et al.,<br><br>Defendants. | Case No. 20-cv-1414 (JRT/HB) |
| WINN-DIXIE STORES, INC., AND BI-LO HOLDING, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INC., et al.,<br><br>Defendants. | Case No. 21-cv-01751 (JRT/HB) |

# ORDER EXTENDING TIME TO
# ANSWER OR OTHERWISE RESPOND TO COMPLAINTS

This matter came before the Court on Defendants' unopposed motion to extend any applicable deadlines for any Defendant to respond to Plaintiffs' complaints. Based on Defendants' motion (ECF No. 243), and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the deadline for Defendants to answer or otherwise plead to Plaintiffs' complaints in any of the above captioned cases is hereby extended up to and including October 12, 2021.

Nothing in this order shall constitute a wavier of (a) any jurisdictional defenses; (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, any defense listed in Rule 12(b) of the Federal Rules of Civil Procedure, or otherwise; or (c) any other defenses. Defendants have expressly reserved their rights to raise these and any other defenses.

Date:  September 28, 2021               s/*Hildy Bowbeer*_____
                                        HILDY BOWBEER
                                        United States Magistrate Judge