# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:20-cv-1319 (JRT/HB)

**Case Title:** In Re Cattle and Beef Antitrust Litigation

**Case Number:** 0:19-cv-01129 (JRT/HB)

**Case Title:** Peterson, et al., v. JBS USA Food Company Holdings, et al.

### Affidavit of Movant

I, Arielle S. Wagner, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Abigail R. Wolf, an attorney admitted to practice and currently in good standing in the U.S. District Court for Northern District of California, but not admitted to the bar of this court, who will be counsel for Plaintiffs Kenneth Peterson, Richard Kimble, Sharon Dawson-Green, Lisa Melegari, Cindy Abernathy, Andrew Cohen, Marcelo Lopez, Tanya Lewis, Nicole Gutierrez, Sharon Killmon, Karen Carter, Charlie Morgan, Brent Rasmussen, April O'Connor, Kent Winchester, Brenda King, Chong Lor, Michelle Oversen, William Gee, Jacquelyn Watson, John Shup, Martin Jarmulowiczis, Harold M. Nayanjom, Mark Sperry, and Dan Campbell in the cases listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

Signature: /s/ Arielle S. Wagner       Date: 10/29/2021

MN Attorney License #: 0398332

**Affidavit of Proposed Admittee**

I, Abigail ("Abby") R. Wolf, am currently a member in good standing of the U.S. District Court for the Northern District of California, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: /s/ Abby R. Wolf                                            Date: 10/29/2021

Typed Name: Abigail ("Abby") R. Wolf

Attorney License Number: 313049 issued by the State of California

Federal Bar Number (if you have one): _____

Law Firm Name:  Hagens Berman Sobol Shapiro LLP

Law Firm Address:  715 Hearst Avenue, Suite 202
                    Berkeley, CA  94710

Main phone: (510) 725-3000                           Direct line: (510) 725-3031

E-mail address:  abbyw@hbsslaw.com