# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** _0:20-cv-01319 (JRT/HB)

**Case Title:** In Re Cattle and Beef Antitrust Litigation

### Affidavit of Movant

I, __Shawn Raiter__, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice __Armand Derfner__, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify ***ONE*** specific district to which the attorney is admitted) __District of South Carolina__, but not admitted to the bar of this court, who will be counsel for the _X_ plaintiff ___defendant __Erberts and Gerbert's, Inc.__ in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

__X__ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

____ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: __*s/ Shawn M. Raiter*__   Date: 11/17/2021

MN Attorney License #: __240424__

1

**Affidavit of Proposed Admittee**

I, __Armand Derfner__, am currently a member in good standing of the U.S. District Court for the (please identify *ONE* specific district to which you are admitted) __District of South Carolina__, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: __s/ Armand Derfner__   Date: 11/17/2021

Typed Name: __Armand Derfner__

Attorney License Number: __1650__ issued by the State of __South Carolina__

Federal Bar Number (if you have one): __528__

Law Firm Name: __Derfner & Altman__

Law Firm Address: __575 King Street__
__Suite B__
__Charleston, SC 29403__

Main phone: (__843__) __723-9804__   Direct line: (___)_____

E-mail address: __aderfner@derfneraltman.com__

**This page does not need to be e-filed with the motion.**

### Filing the Motion for Admission Pro Hac Vice
- This motion must be converted to a PDF and then electronically filed in the case by the movant attorney.
- The Pro Hac Vice motion fee of $100 must be paid when filing this motion in CM/ECF through Pay.gov. Pay.gov is an electronic system of the U.S. Department of the Treasury that allows users to make secure electronic payments to federal government agencies. Payments can be made directly from a checking or savings account or by using a credit or debit card.
- If the movant attorney resides outside of the state of Minnesota, they must also file the Motion for Permission for a Non-Resident to Serve as Local Counsel as an attachment to the Motion for Admission Pro Hac Vice. Click here to view the Non-Resident motion on our site. This **only** needs to be filed if local counsel resides outside of Minnesota.

### Request through PACER
- Please note in addition to filing this motion in the case and paying the fee, the proposed admittee MUST also apply for "Pro Hac Vice" Admission to the District of Minnesota through his or her individual upgraded PACER ACCOUNT. For detailed step by step instructions, click here. This last step only needs to be completed the first time a proposed admittee is admitted Pro Hac Vice to the District of Minnesota.

Please see Local Rule 83.5 regarding the requirements for Pro Hac Vice admission.

For questions, please email the ECF helpdesk at ecfhelpdesk@mnd.uscourts.gov or contact an Attorney Admissions Clerk at 651-848-1100.