UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 20-cv-1319 (JRT/HB) |
| This Document Relates To: IN RE DPP BEEF LITIGATION | **ORDER ON STIPULATION OF CONSENT FOR LEAVE TO FILE DIRECT PURCHASER PLAINTIFFS' AMENDED COMPLAINT** |

Pursuant to the Stipulation of Consent for Leave to File Direct Purchaser Plaintiffs' ("DPPs") Third Consolidated Amended Class Action Complaint, entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED as follows:

1. DPPs are granted leave to file their Third Consolidated Amended Class Action Complaint within seven days of the date of this Order;

2. All previous discovery requests served by Defendants on DPPs shall be deemed served on R&D Marketing, LLC and Redner's Markets, Inc. as of the date of the filing of DPPs' third amended complaint;

3. R&D Marketing, LLC and Redner's Markets, Inc. shall be bound by the generally applicable substantive discovery commitments made by DPPs' counsel on behalf of the other DPP class representatives in writing.

4. R&D Marketing, LLC and Redner's Markets, Inc. shall serve their respective: (1) Initial Disclosures (including an initial proposed list of custodians); (2)

1

Attachment 1 Disclosures; (3) descriptions and/or definitions for the fields contained in any structured databases identified as a noncustodial source; and (4) a sample of structured data on or by January 18, 2022; and

5. R&D Marketing, LLC and Redner's Markets, Inc. shall meet-and-confer with Defendants about their discovery obligations on or before January 31, 2022, to stay on track with the Order Regarding Stipulation Regarding Case Management Issues (ECF No. 271).

6. Nothing in this order shall constitute a waiver of (a) any jurisdictional defenses that may be available; (b) any affirmative defenses under Rule 8 of the Federal Rules of Civil Procedure, any defense listed in Rule 12(b) of the Federal Rules of Civil Procedure, or otherwise; or (c) any other defenses that may be available to defendants. Defendants have expressly reserved their rights to raise these and any other defenses available to them.

**IT IS SO ORDERED.**


Dated:   January 18, 2022                    s/*Hildy Bowbeer*
                                             HILDY BOWBEER
                                             United States Magistrate Judge