## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system on this the 1st day of February, 2022.

                       */s/ Ulrike B. Connelly (pro hac vice)*

155719983.1