UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | COURT MINUTES<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No.:  20-cv-1319 (JRT/HB)<br>Date:  February 2, 2022<br>Location:  n/a (by videoconference)<br>Court Reporter:  Lynne Krenz<br>Time:  1:01 pm – 3:00 pm<br>Total Time:  1 hours 59 minutes |

**APPEARANCES:**

Class Plaintiffs:
- For Cattle Producer Plaintiffs: Jennifer W. Sprengel, Stacey P. Slaughter, and Patrick McGahan
- For Direct Purchaser Plaintiffs: Megan E. Jones, Jason Scott Hartley, Adam J. Zapala, Timothy Kearns, Joshua H. Grabar, Michele Burkholder, and Michelle J. Looby
- For Commercial and Institutional Indirect Purchaser Plaintiffs: A. Blaine Finley and S. Sterling Aldridge
- For Consumer Indirect Purchaser Plaintiffs: Breanna Van Engelen, Brian D. Clark, and Kyle J. Pozan

Direct Action Plaintiffs:
- For Winn Dixie Stores, Inc. and Bi-Lo Holding, LLC: Patrick Ahern

Defendants:
- For Cargill, Inc.: Britt M. Miller, X. Kevin Zhao, and Holley C. M. Horrell
- For JBS: Donald G. Heeman, Sami H. Rashid, and Patrick E. Brookhouser, Jr.
- For National Beef Packing Company: Tiffany D. Lipscomb-Jackson and Benjamin L. Ellison
- For Tyson Foods: David P. Graham and Ulrike Connelly

**PROCEEDINGS:**

The Court requested that counsel review the docket for any errors in identification of parties and counsel sometime during the week of February 7, 2022, and communicate any apparent errors via email to chambers.  Additionally, Plaintiffs' counsel will file a letter by **Wednesday, February 9, 2022**, informing the Court about the roles of attorneys including committee membership, designations of liaison counsel, and designations of co-lead counsel.

The parties updated the Court on discovery matters as described in the parties' joint agenda [ECF

No. 309] and joint update letter [ECF No. 328]. The Court also followed up on questions arising out of the parties' letters filed on December 13, 2021 [ECF No. 293], and December 22, 2021 [ECF No. 296]. While the parties communicated they were at impasse on some issues, they are continuing to meet and confer on others and will update the Court on the results of those discussions, including whether they have reached agreement or, if not, whether motion practice or IDR practice is anticipated (and when). In addition to issues flagged in the parties' joint update letter [ECF No. 328], the Court also directed the parties to meet and confer further and report back to the Court on the date or trigger for the 60-day clock to begin rolling productions and further explanation of the parties' respective positions (or possible agreement) on the effect of examination by IPPs during depositions of DAPs noticed by Defendants.

Counsel will advise the Court by email no later than **Friday, February 4, 2022**, about when they will file one or more update letters on the issues discussed. Regarding a hearing date for anticipated motions, the parties will meet and confer about when they expect to be ready to file those motions and will contact chambers early the week of February 7 for a hearing date(s) in early to mid-March 2022.

*s/MJA*
Judicial Law Clerk
