## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To: | Case No. 20-cv-1319 (JRT/HB) |

## ORDER ON JOINT STIPULATION REGARDING BRIEFING SCHEDULE FOR UPCOMING DISCOVERY MOTIONS

Pursuant to the Joint Stipulation Regarding Briefing Schedule for Upcoming Discovery Motions (ECF No. 357) ("Stipulation") entered into by the parties,

**IT IS HEREBY ORDERED** that the Stipulation is granted as follows:

1. With respect to the nondispositive, discovery-related motions discussed at the February 2, 2022 case management conference, the parties will file their motions at least 21 days before the first hearing date set by the Court, and response briefs will be due 14 days after filing of those motions. There will be no reply briefs.

Date: February 14, 2022

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge