UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 0:20-cv-01319 JRT-HB |
| This Document Relates To: IN RE DPP BEEF LITIGATION | **ORDER ON STIPULATION BETWEEN DIRECT PURCHASER PLAINTIFFS AND NON-SETTLING DEFENDANTS REGARDING THE PRODUCTION OF CUSTOMER INFORMATION** |

Pursuant to the Stipulation between the Direct Purchaser Plaintiffs ("DPPs"), and defendants Cargill, Incorporated, Cargill Meat Solutions Corporations, National Beef Packing Company, Tyson Foods, Inc., and Tyson Fresh Meats, Inc. ("Non-Settling Defendants"), entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation is GRANTED, and Non-Settling Defendants will produce to DPPs as soon as practicable, but by no later than March 28, 2022 (unless agreed otherwise by the parties), the reasonably available names, addresses, and email addresses of their U.S. customers of beef[1] in electronic format (where available) during the settlement class period (January 1, 2015, through February 10, 2022). Non-Settling Defendants may designate such customer lists as Confidential or Highly Confidential, pursuant to the Protective Order (ECF No. 123), except that,

---

[1] For purposes of this stipulation and order, beef shall have the meaning stated in the settlement class definition in the JBS settlement agreement: "boxed or case-ready beef processed from Fed Cattle, excluding ground beef made from culled cows."

1

regardless of whether such lists are so designated, the lists (1) may only be used by DPPs for the purposes of providing notice to settlement class members; (2) may not be disclosed to any other Defendant or Plaintiff group; and (3) will not otherwise be used for litigation purposes. Non-Settling Defendants may produce such lists directly to DPPs' claims administrator.

IT IS SO ORDERED.

Dated: February 18, 2022                                *s/ Hildy Bowbeer*
                                                        HILDY BOWBEER
                                                        United States Magistrate Judge