UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | Case No. 20-cv-1319 (JRT/HB) |

**ORDER ON STIPULATION TO EXTEND DEADLINE FOR MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Pursuant to the Stipulation between Plaintiffs and Defendants, entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (ECF 364) is GRANTED, and the February 18, 2022 deadline to file a motion to strike affirmative defenses pursuant to FRCP 12(f) is extended to March 11, 2022.

IT IS SO ORDERED.

Dated: February 18, 2022                    s/*Hildy Bowbeer*_____
                                            HILDY BOWBEER
                                            United States Magistrate Judge

1