# Exhibit 17

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE AND BEEF ANTITRUST LITIGATION** | Civil No. 20-cv-1319 (JRT/HB) |
| *This document relates to:* *In re Cattle* | |

**JBS USA Food Company's, Swift Beef Company's, JBS Packerland, Inc.'s , and JBS S.A.'s Amended Updated Disclosures Pursuant To Attachment 1 of Filing No. 196.**

Defendants JBS USA Food Company ("JBS USA"), Swift Beef Company ("Swift Beef"), JBS Packerland, Inc. ("Packerland"), and JBS S.A. (collectively, "Disclosing Defendants"), by and through their undersigned counsel, make the following disclosures pursuant to Attachment 1 to the Court's April 14, 2020 Order On Discovery Pending Resolution of Motions to Dismiss (Dkt. 196) ("Disclosure Order"). [1]

Disclosing Defendants make these limited disclosures based upon the information reasonably available to them at this time.  Disclosing Defendants' investigation into the claims and defenses in this case is ongoing.  These disclosures are provided without prejudice to Disclosing Defendants' right to supplement, modify, or amend these

---

[1] These Amended Attachment 1 Disclosures are also served pursuant to the forthcoming Order Regarding Case Management ("Case Management Order").  Discovery was previously stayed as to JBS S.A. These Amended Attachment 1 Disclosures apply to the Disclosing Defendants as defined herein.

1

disclosures as additional information becomes available through discovery and/or further investigation in accordance with applicable law.

These limited disclosures are based on Disclosing Defendants' reasonable efforts to identify documents and/or information potentially responsive to the Disclosure Order "for the period from January 1, 2014, to December 31, 2019, to the extent such documents exist and are readily available." Disclosure Order at 11.

The Court has not determined (and Disclosing Defendants do not concede) that any of the information disclosed is relevant to this action. Disclosure Order at 11. As set forth in the Disclosure Order, Disclosing Defendants are not making any representations regarding whether they may use any documents, people, or information disclosed in support of their claims or defenses and are not agreeing that the persons and sources disclosed possess information relevant to the claims or defenses at issue in this action. *Id.* These limited disclosures are for the purpose of preliminary discovery only, and they are not an admission or acceptance that any disclosure, fact, or document is discoverable, relevant, or admissible into evidence. In making these limited disclosures pursuant to this Disclosure Order, Disclosing Defendants are not waiving any applicable privileges or protections from disclosure or discovery, any evidentiary objections, or any claims of confidentiality and rights or obligations pursuant to any protective orders concerning the disclosure of documents and/or information herein. Disclosing Defendants reserve all rights, including, but not limited to, the right to object to the (1) production in discovery and/or admissibility at trial of any information contained in or derived from these disclosures; and (2) use of any information or documents disclosed for any purpose other

than litigating this dispute.  Nothing in these disclosures is an admission or concession on the part of Disclosing Defendants with respect to any issues of fact or law.

Subject to the objections and qualifications contained herein, the Disclosing Defendants provide the following limited disclosures.

## A. Disclosure Order 1(a)(i):  Organizational Charts or Lists of Job Responsibilities Relating to Cattle and/or Beef

Pursuant to the Disclosure Order, Disclosing Defendants elect to "create a list of individuals with the job responsibilities listed in item 1(a)(i)" of the Disclosure Order "in lieu of producing a formal organizational chart." Disclosure Order at 14.

### 1. Disclosure Order 1(a)(i)(1):  Members of the Board of Directors

**JBS USA and Any Related Predecessor Entity**

- Bill Lovette, Director (2014 – November 2015)

- Wesley Mendonca Batista, Director (2014 – June 2017)

- Joesley Mendonca Batista, Director (2014 – June 2017)

- Andre Nogueira, Director (November 2015-end of period)

- Denilson Goncalves Molina, Director (June 2017-end of period)

- Gilberto Tomazoni, Director (June 2017-end of period)

**Swift Beef and Any Related Predecessor Entity**:

- Wesley Mendonca Batista, Director (2014 –June 2017)

- Joesley Mendonca Batista, Director (2014 –June 2017)

- Andre Nogueira, Director (June 2017- end of period)

- Denilson Goncalves Molina, Director (June 2017- end of period)

- Gilberto Tomazoni, Director (June 2017- end of period)

**Packerland and Any Related Predecessor Entity:**

- Wesley Mendonca Batista, Director (2014 –June 2017)

- Joesley Mendonca Batista, Director (2014 –June 2017)

- Andre Nogueira, Director (June 2017- end of period)

- Denilson Goncalves Molina, Director (June 2017- end of period)

- Gilberto Tomazoni, Director (June 2017- end of period)

**JBS S.A.**

- Joesley Mendonca Batista (2014 – 2017)

- Wesley Mendonca Batista (2014 – 2017)

- Marcus Vinicius Pratini de Moraes  (2014)

- Humberto Junqueira de Farias (2014 – 2017)

- Peter Dvorsak (2014)

- Carlos Alberto Caser (2014 – 2016)

- Tarek Mohamed Noshy Nasr Mohamend Farahat (2014 – 2017)

- João Carlos Ferraz (2014 – 2016)

- José Batista Sobrinho (2014 – end of period)

- Marcio Percival Alves Pinto (2015 – 2016)

- Sergio Roberto Waldrich (2017 – end of period)

- Claudia Silva Araujo de Azeredo Santos (2017)

- Mauricio Luis Luchetti (2017)

4

- Jeremiah O'Callaghan (2018 – end of period)

- Wesley Mendonca Batista Filho (2018 – end of period)

- Aguinaldo Gomes Ramos Filho (2018 – end of period)

- Gilberto Meirelles Xandó Baptista (2018 – end of period)

- Roberto Penteado de Camargo Ticoulat (2018 – end of period)

- Cledorvino Belini (2018 – end of period)

    2.  **Disclosure Order 1(a)(i)(2):  Executives with the title of Director, Vice President, or higher (such as SVP, CEO, COO, CFO, etc.) with positions or responsibilities relating to fed cattle and/or beef, as well as their administrative assistants or secretaries**

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continue, they disclose the names and titles of the following persons who were executives with the title of Directors, Vice President, or higher (such as SVP, CEO, COO, CFO, etc.) and had responsibilities related to beef or cattle, as well as their administrative assistants or secretaries, between January 1, 2014 and December 31, 2019.  Disclosing Defendants list information about administrative assistants to the extent it is "readily available" based on reasonable investigation to date.

**JBS USA**

| Name | Title | Time Period | Administrative Assistant/Secretary |
|---|---|---|---|
| Bill Rupp | COO and President | 2014-2016 | Cassia Carpio |

| Wesley Batista Filho | Head of Fed Beef | 2017 | Valerie Richards |
|---|---|---|---|
| Tim Schellpeper | President of Fed Beef | 2017-end of period | Shirley Araujo |
| Andre Nogueira | CEO and President | 2014-end of period | • Valerie Richards (January 2014 – Present) |
| Denilson Goncalves Molina | Chief Financial Officer | 2014-end of period | • Erin Becker (2014-April 2017) • Alyssa Heffner (May 2017-December 2017) • Martha Lopez (March 2018-present) |
| Jason Kuan | President, Case Ready Business | August 2014 – April 2017 | |
| Brian Piedmonte | President, Case Ready Business | May 2017-2019 | |
| Cameron Bruett | Corporate Affairs & CSO | 2014 to end of period | |

**Swift Beef**:

Because the question as phrased does not necessarily correspond to certain job titles at Swift Beef, Swift Beef has included the names of persons holding certain functional roles even if they might not have the requested title of Directors, Vice President, or higher.  The time periods list when those individuals held those positions of that level or higher.

| Name | Title | Time Period | Administrative Assistant/Secretary |
|---|---|---|---|
| Andre Nogueira | CEO | 2014 to 2019 | Valerie Richards (January 2014 – 2019) |

| Bill Rupp | COO and President | 2014-2016 | Cassia Carpio |
|---|---|---|---|
| Wesley Batista Filho | President | 2017 | Valerie Richards |
| Tim Schellpeper | President of Fed Beef | 2017 to end of period | Shirley Aruajo |
| Steven Williams | Fed Beef Head of Cattle Procurement | 2014 to end of period | N/A |
| Kim Posvic | Supply Chain Director for Fed Beef | 2014 to end of period | N/A |
| Eric Cahoy | Head of Operations, Fed Beef | 2014 to 2017 | N/A |
| Sergio Sampaio Nogueira | Head of Operations, Executive Vice President Plant Operations, Fed Beef | 2017 to end of period | N/A |
| Steve Cohron | Pricing Director | 2014 to end of period | N/A |
| Luis Rota | International Sales | 2014 to 2017 | N/A |
| Eric Wallin | Financial Management | 2014 to 2016 | N/A |
| John Flynn | Domestic Sales and Marketing | 2014 to end of period | N/A |
| Randy Orton | Head of Beef Food Service Sales for both Fed and Regional beef | 2014 to end of period | N/A |
| Rafael de Sousa | Accounting & Finance, Fed Beef | 2017 to the present | N/A |
| Jeff Hamilton | Head of Sales for Western U.S. | 2016 to end of period | N/A |
| Heidi Harrison | Finance, Regional Beef | 2014 to end of period. | N/A |
| Fabio Haubrich | Head of International Sales | 2017 to end of period | N/A |
| Bill Munns | Corporate Product Manager (through May 31, 2015); Marketing Director (June 1, 2015 – December 31, 2019). | 2014 to end of period | N/A |
| Darren Davenport | Outside sales, EVP of National Sales | 2019 to end of period | N/A |
| Jerry Gee | Head of Inside Sales | 2016 to end of period | N/A |

| Todd Reed | VP of Operations, Regional Beef | 2014 to end of period | N/A |
| Shannon Grassl | Head of Trim Sales, Inside Sales, Supply Chain, and Pricing, Regional Beef | 2014 to end of period | N/A |
| Larry Rose | Head of Cattle Procurement Regional Beef | 2014 to end of period | N/A |

**Packerland**:

| Name | Title | Time Period | Administrative Assistant/Secretary |
|------|-------|-------------|-----------------------------------|
| Andre Nogueira | CEO | 2014 to end of period | Valerie Richards (January 2014 – 2019) |
| Al Byers | COO and President | 2014 to end of period | Valerie Brandt |
| Denilson Goncalves Molina | CFO | 2015- end of period | Valerie Richards |

**JBS S.A.**

| Name | Title | Time Period | Administrative Assistant/Secretary |
|------|-------|-------------|-----------------------------------|
| Rogerio Bonato | Director of Exports | 2014 to 2016 | |

**3.  Disclosure Order 1(a)(i)(3):  Investor and/or creditor relations**

Disclosing Defendants based upon the information readily available to them at this time and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continue, disclose the names and titles of the following persons with responsibility for investor/creditor relations and who had responsibilities related to cattle and/or beef between January 1, 2014 and December 31, 2019:

8

**JBS USA**

- Cameron Bruett, Corporate Communications, Industry Affairs & Sustainability (2014 – Present)

- Denilson Goncalves Molina, Chief Financial Officer (2014 – Present)

- Andre Nogueira, President & Chief Executive Officer (2014 – Present)

**Swift Beef**

As Swift Beef understands the request, it did not have an individual with the specified responsibility for investor/creditor relations and responsibilities related to cattle and/or beef between January 1, 2014 and December 31, 2019.

**Packerland**:

As Packerland understands the request, it did not have an individual with the specified responsibility for investor/creditor relations and responsibilities related to cattle and/or beef between January 1, 2014 and December 31, 2019.

**JBS S.A.**

- Jeremiah O'Callaghan, Investor Relations Officer (2014 to May 2019)

- Guilherme Perboyre Cavalcanti, Investor Relations Officer (May 2019 to end of period)

    **4. Disclosure Order 1(a)(i)(4):  the person or persons (if any, and excluding any clerical level or administrative level personnel) who have primary responsibility in certain areas**

        **a. Fed Cattle procurement**

Disclosing Defendants, based upon the information readily available to them at this time, and without prejudice to or waiver of their right to supplement, modify, or amend

these disclosures as their investigation and discovery in this matter continue, state as follows:

**JBS USA**: No one at JBS USA had "primary responsibility" for fed cattle procurement between January 1, 2014, to December 31, 2019 as JBS USA understands that request.

**Swift Beef**: Steven Williams (see information above); Larry Rose (see information above).

**Packerland**: No one at Packerland had "primary responsibility" for fed cattle procurement between January 1, 2014, to December 31, 2019 as Packerland understands that request.

**JBS S.A.:**  No one at JBS S.A. had primary responsibility for fed cattle procurement in the United States between January 1, 2014 to December 31, 2019.

### b.  Slaughter plant capacity/utilization, scheduling and/or operation

Disclosing Defendants, based upon the information readily available to them at this time, and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continue, state as follows:

**JBS USA**: No one at JBS USA had "primary responsibility" for slaughter plant capacity/utilization, scheduling and/or operation between January 1, 2014 and December 31, 2019 as JBS USA understands that request.

**Swift Beef**: Sergio Sampaio Nogueira (see information above); Eric Cahoy (see information above); Kim Posvic (see information above); Todd Reed (see information above); Shannon Grassl (see information above).

**Packerland**:  No one at Packerland had "primary responsibility" for slaughter plant capacity/utilization, scheduling and/or operation between January 1, 2014 and December 31, 2019 as Packerland understands that request.

**JBS S.A.**:  No one at JBS S.A. had primary responsibility for slaughter plant capacity/utilization, scheduling and/or operation in the United States between January 1, 2014 and December 31, 2019.

### c.  Beef sales, pricing, and production levels

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as investigation and discovery in this matter continue, Disclosing Defendants disclose the following:

**JBS USA**: No one at JBS USA had "primary responsibility" for beef sales, pricing, and production levels between January 1, 2014 and December 31, 2019 as JBS USA understands that request.

**Swift Beef**:  John Flynn (see information above); Steve Cohron (see information above); Luis Rota (see information above); Fabio Haubrich (see information above); Randy Orton (see information above); Jeff Hamilton (see information above); Chris Jensen (see information above); Shannon Grassl (see information above); Darren Davenport (see information above); Jerry Gee (see information above); Sergio Sampaio Nogueira (see

information above); Eric Cahoy (see information above); Kim Posvic (see information above); Todd Reed (see information above).

**Packerland**: No one at Packerland had "primary responsibility" for beef sales, pricing, and production levels between January 1, 2014 and December 31, 2019 as Packerland understands that request.

**JBS S.A.**: Rodrigo Sato (exports from Brazil of certain beef products not derived from US fed cattle); Rogerio Bonato (exports from Brazil of certain beef products not derived from US fed cattle).

### d. Submitting purchase and sale data to the USDA pursuant to the Livestock Mandatory Reporting Act

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of and their right to supplement, modify, or amend these disclosures as investigation and discovery in this matter continues, Disclosing Defendants state:

**JBS USA**: No one at JBS USA had primary responsibility for submitting purchase and sale date to the USDA pursuant to the Livestock Mandatory Reporting Act between January 1, 2014 and December 31, 2019 as JBS USA understands the request.

**Swift Beef**: As Swift Beef understands the request, there is no responsive person because the process operated by an automated data pull during the specified period.

**Packerland**: As Packerland understands the question, there is no responsive person because the process operated by an automated data pull during the specified period.

**JBS S.A.**: No one at JBS S.A. had primary responsibility for submitting purchase and sale data to the USDA pursuant to the Livestock Mandatory Reporting Act between January 1, 2014 and December 31, 2019.

5. **Disclosure Order 1(a)(i)(5):  persons who supervise the department responsible for beef or carcass sales to, purchases from, trades with, or co-packing transactions with other beef packers**

Based upon the information readily available to Disclosing Defendants at this time and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continues, Disclosing Defendants state that there is no "department" as requested, but they nonetheless answer:

**JBS USA:** No individuals had "primary responsibility" for beef or carcass sales to, purchases from, trades with, or co-packing transactions with other beef packers between January 1, 2014 and December 31, 2019 as JBS USA understands that request.

**Swift Beef**: Steve Cohron (see information above); Shannon Grassl (see information above).

**Packerland**: No individuals had "primary responsibility" for beef or carcass sales to, purchases from, trades with, or co-packing transactions with other beef packers between January 1, 2014 and December 31, 2019 as Packerland understands that request.

**JBS S.A.**: No one at JBS S.A. had primary responsibility for supervising a department responsible for beef or carcass sales to, purchases from, trades with, or co-packing transactions with other beef packers in the United States between January 1, 2014 and December 31, 2019.

**6. Disclosure Order 1(a)(i)(6):  all executives with the title of Director, Vice President, or higher, as well as certain limited executives with the title of Manager,[2] whose primary responsibilities include determining or approving a Defendant's fed cattle procurement, slaughter levels, beef production levels and sales volume and prices, and who were an officer or board member of, or otherwise formally designated participant (such as a member of a relevant committee) of certain specified associations: (a) National Cattlemen's Beef Association; (b) U.S. Meat Export Federation; (c) North American Meat Institute; (d) Global Roundtable for Sustainable Beef; or (e) U.S. Roundtable for Sustainable Beef:**

Based upon the information readily available to Disclosing Defendants at this time and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continues, and noting that Disclosing Defendants do not maintain records of each of their executives' current or prior participation as an officer, board member, or formally-designated participant in any trade association between January 1, 2014 and December 31, 2019, they disclose as follows:

**<u>JBS USA</u>:**  As JBS USA understands the request, there was no one with the specified responsibilities and the listed roles in the listed organizations. But even though Andre Nogueira's "primary responsibilities" do not "include determining or approving a Defendant's fed cattle procurement, slaughter levels, beef production levels and sales volume and prices," JBS USA notes out of an abundance of caution that he has served on the Board of Directors of the North American Meat Institute.

---

[2] "Manager" refers to "individuals whose position makes them the highest level executive overseeing a specific beef complex, but not individuals with the position of 'manager' who report to such individuals."  Disclosure Order at 13 n.3.

14

**Swift Beef**: As Swift Beef understands the request, there was no one with the specified responsibilities and the listed roles in the listed organizations.  But even though Andre Nogueira's "primary responsibilities" do not "include determining or approving a Defendant's fed cattle procurement, slaughter levels, beef production levels and sales volume and prices," Swift Beef notes out of an abundance of caution that he has served on the Board of Directors of the North American Meat Institute.

**Packerland**: As Packerland understands the request, there was no one with the specified responsibilities and the listed roles in the listed organizations.  But even though Andre Nogueira's "primary responsibilities" do not "include determining or approving a Defendant's fed cattle procurement, slaughter levels, beef production levels and sales volume and prices," Packerland notes out of an abundance of caution that he has served on the Board of Directors of the North American Meat Institute.

**JBS S.A.**: There were no individuals at JBS S.A. with the specified responsibilities and the listed roles in the listed organizations.

> **7. Disclosure Order 1(a)(i)(7):  All executives with the title of Director, Vice President, or higher, as well as certain limited executives with the title of Manager, whose primary responsibilities include determining or approving a Defendant's fed cattle pricing, procurement, or slaughter levels and/or beef pricing, inventory, export and production levels.**

Based upon the information readily available to Disclosing Defendants at this time and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as investigation and discovery in this matter continues, Disclosing Defendants state:

**JBS USA**:  There are no individuals at JBS USA who had "primary responsibilities" that included "determining or approving a Defendant's fed cattle pricing, procurement, or slaughter levels and/or beef pricing, inventory, export and production levels for beef or carcass sales to, purchases from, trades with, or co-packing transactions with other beef packers" between January 1, 2014 and December 31, 2019 as JBS USA understands that request.

**Swift Beef**:  Bill Rupp (see information above); Wesley Batista Filho (see information above); Tim Schellpeper (see information above); Steve Williams (see information above); Eric Cahoy (see information above); Sergio Sampaio Nogueira (see information above); Steve Cohron (see information above); Jeff Hamilton (see information above); Chris Jensen (see information above); Shannon Grassl (see information above); Darren Davenport (see information above); Jerry Gee (see information above); Randy Orton (see information above); Todd Reed (see information above); Larry Rose (see information above).

**Packerland**.  Al Byers (see information above); Todd Reed (Head of Operations, 2014 to end of period); Larry Rose (2014 to end of period).

**JBS S.A.**: No one at JBS S.A. had primary responsibility for fed cattle pricing, procurement, or slaughter levels, and/or beef pricing, inventory, export, and production levels in the United States between January 1, 2014 and December 31, 2019.

B. **Disclosure Order 2:  Email Systems: Identification of the email system used, including the name of the email system, version number (including applicable dates for different versions, if readily available), and time period or number of days for which email is retained on the system.**

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as investigation and discovery in this matter continue, Disclosing Defendants identify the following email systems that were used between January 1, 2014 and December 31, 2019.

- Microsoft Exchange (January 1, 2014 – December 31, 2019)

    o Exchange 2016 (October 2018 – December 31, 2019)

    o Exchange 2013 (November 2015 – October 2018)

    o Exchange 2010 (version start date not readily available – November 2015)

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continue, Disclosing Defendants identify the following email journaling systems were used between January 1, 2014 and December 31, 2019.

- CommVault Simpana (April 2014 – December 31, 2019)

    o Version 11 (September 2017 – December 31, 2019)

    o Version 10 (April 2014 – September 2017)

    o Version 9 (January 2014 – April 2014)

- Postini  (January 2014 – April 2014)

17

Without prejudice to or waiver of Disclosing Defendants' right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continue, applicable dates for different versions of Postini used between January 1, 2014 and December 31, 2019 are not readily available.

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continue, Disclosing Defendants disclose that there is no known limit to the time period or number of days for which email was retained on Disclosing Defendants' Microsoft Exchange email system. Prior to the application of any litigation hold in effect, users were permitted to manually delete emails at any time from the Microsoft Exchange email system, but had no ability to manually delete emails from any version of Simpana or Postini used by Disclosing Defendants between January 1, 2014 and December 31, 2019.

**C. Disclosure Order 3:  Non-custodial Data Sources: A list of known non-custodial data sources (e.g., shared drives, servers, etc.), if any, likely to contain discoverable ESI. These lists will identify the databases that are likely to contain discoverable "structured data."**

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of Disclosing Defendant's right to supplement, modify, or amend these disclosures as their investigation and discovery in this matter continue, Disclosing Defendants disclose the following list of known non-custodial data sources likely to contain discoverable ESI for the period between January 1, 2014 and December

18

31, 2019.  Databases that may contain discoverable "structured data" are preceded by an

asterisk.

- *AS/400 (server) including Cattle Procurement System

- *Commodity Procurement System ("CPS") (third-party software with data in Oracle database)

- Network shared drives (e.g., departmental shares)

- *SAP ERP (Enterprise Resource Planning) Platform (application with data in SQL database)

- *FTP server

- *SQL Server

- SharePoint.

**D. Disclosure Order 4:  Document Retention Policies: Document retention and/or destruction policies, including policies or systems that automatically deleted certain types of documents or data (e.g., email) after a certain period, that applied to documents and data likely to be relevant to the claims or defenses in these cases and that were in effect at any time during the period from January 1, 2014, to December 31, 2019.**

Based upon the information readily available to Disclosing Defendants at this time,

and without prejudice to or waiver of their right to supplement, modify, or amend these

disclosures as their investigation and discovery in this matter continue, Disclosing

Defendants produced readily available document retention and/or destruction policies

including policies or systems that required automatic deletion of certain types of documents

or data (e.g., email) after a certain period, that applied to documents and data likely to be

relevant to the claims or defenses in this case, and that were in effect at any time between

January 1, 2014 and  December 31, 2019, which are endorsed with Bates numbers JBS-

Cattle-0000000001 - JBS-Cattle-000000006, & JBS-Cattle-0000000021 - JBS-Cattle-000000092. These documents have been marked "Confidential" pursuant to the terms of the Protective Order.

E. **Disclosure Order 5:  Employee Technology Use Policies: Employee Technology Use Policies in effect during the period of January 1, 2014, to December 31, 2019, including (if they exist) policies concerning use by employees of cellphones, notebook computers, and tablets for business purposes. Without intending to limit, such policies may go by the following names: bring-your-own device (BYOD) policies, choose-your-own-device (CYOD) policies, corporate-liable-employee-owned (CLEO) policies, corporate-owned/personally enabled (COPE) policies, mobile-device-management (MDM) policies, and dual-use device policies. Plaintiffs and Defendants will disclose if they had no such policies during the identified time period.**

Based upon the information readily available to Disclosing Defendants at this time, and without prejudice to or waiver of their right to supplement, modify, or amend these disclosures as  investigation and discovery in this matter continue, Disclosing Defendants produced readily available that were in effect at any time between January 1, 2014 and December 31, 2019, which are endorsed with Bates numbers JBS-Cattle-0000000007 - JBS-Cattle-0000000020. These documents have been marked "Confidential" pursuant to the terms of the Protective Order.

F. **Disclosure Order 6:  Inaccessible Data: A list of known data sources, if any, likely to contain discoverable ESI and that the party asserts are not reasonably accessible under Rule 26(b)(2)(B) or Rule 26(b)(2)(C)(i).**

Disclosing Defendants disclose the following list of known data sources that may contain discoverable ESI and that they assert are not reasonably accessible under Rule 26(b)(2)(B) or Rule 26(b)(2)(C)(i):  (1) deleted, slack, fragmented, corrupt or unallocated

documents and data, including documents and data retained from Postini that may have become corrupt; (2) residual data from internet or other online activities, including, but not limited to, temporary internet files, history, cache and cookies; (3) random access memory (RAM) or other ephemeral data that is difficult to preserve without disabling an operating system and server or system logs; (4) documents and data maintained on disaster recovery tapes, back-up drives, or stored by other disaster proofing methods; (5) documents, data and databases for which applications no longer exist or are no longer maintained; and (6) documents, data, and ESI retained in offsite storage locations.

Dated: November 5, 2021      By:s/Christopher R. Morris
                             Lewis A. Remele, Jr. (MN #90724)
                             Christopher R. Morris (MN #230613)
                             **BASSFORD REMELE**
                             Fifth Street Towers
                             100 South 5th Street, Suite 1500
                             Minneapolis, MN 55402
                             (612)333-3000
                             lremele@bassford.com
                             cmorris@bassford.com

                             William F. Hargens (NE #16578 – *Admitted Pro Hac Vice*)
                             Mark F. Enenbach (NE #15202 – *Admitted Pro Hac Vice*)
                             Patrick E. Brookhouser, Jr. (NE #19245 *Admitted Pro Hac Vice*)
                             Matthew G. Munro (NE #26190 – *Admitted Pro Hac Vice*)
                             **MCGRATH NORTH MULLIN & KRATZ, PC LLO**
                             First National Tower, Suite 3700
                             1601 Dodge Street
                             Omaha, NE 68102
                             (402) 341-3070
                             whargens@mcgrathnorth.com
                             menenbach@mcgrathnorth.com
                             pbrookhouser@mcgrathnorth.com
                             mmunro@mcgrathnorth.com

                             *Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.*

22

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2021, I caused a true and correct copy of JBS USA Food Company's, Swift Beef Company's, JBS Packerland, Inc.'s , and JBS S.A.'s Amended Updated Disclosures Pursuant To Attachment 1 of Filing No. 196. to be served upon counsel of record via electronic mail.

*s/Christopher R. Morris*
Christopher R. Morris

23