IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>*This document relates to:*<br><br>ALL CASES | Case No. 20-cv-01319 (JRT/HB) |

**[PROPOSED] ORDER
ON PLAINTIFFS' MOTION TO COMPEL DOCUMENT CUSTODIANS**

This matter comes before the Court on Plaintiffs' Motion to Compel Document Custodians [Dkt. 376]. Having reviewed the submissions of the parties and the record of the proceedings herein, the Motion is hereby GRANTED.

Accordingly, Defendants shall name the following individuals as document custodians in accordance with the ESI Protocol:

***Tyson***

- The slaughter and fabrication managers at Tyson's Amarillo, TX plant
- The general, slaughter, and fabrication managers at Tyson's Holcomb, KS plant
- The general, slaughter, and fabrication managers at Tyson's Dakota City, NE plant
- Thomas Hayes
- Brad Bodine
- Todd Nogelmeier
- Mark Gingerich

1

- Jason Robertson
- Roel Andriessen
- Nathan Hodne

*JBS*

- The general, slaughter, and fabrication managers at JBS's Greeley, CO plant
- The general, slaughter, and fabrication managers at JBS's Grand Island, NE plant
- Ryan Wagnon
- Wesley Batista
- John Flynn
- Chris Jensen
- Jason Kuan

*Cargill*

- The general, slaughter, and fabrication managers at Cargill's Friona, TX plant
- The general, slaughter, and fabrication managers at Cargill's Schuyler, NE plant
- The general, slaughter, and fabrication managers at Cargill's Dodge City, KS plant
- Nancy Lucas
- Charles Fox
- Daniel Johnson

*National Beef*

- The slaughter and fabrication managers at National Beef's Liberal, KS plant

- The slaughter and fabrication managers at National Beef's Dodge City, KS plant
- John Surman
- David Grosenheider
- Mark Domanski
- Randy Johnson
- Zack Kimbell

**IT IS SO ORDERED**.

DATED:                                          BY THE COURT:

_____
HILDY BOWBEER
United States Magistrate Judge
District of Minnesota