# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions | Case No. 20-cv-1319 (JRT/HB) |

## PLAINTIFFS' MOTION TO COMPEL DOCUMENTS

Plaintiffs respectfully move this Court, pursuant to Rule 26 of the Federal Rules of Civil Procedure, for an order compelling Defendants to produce documents in accordance with the following:

1. Responsive documents from the following relevant time periods unless agreed or ordered by the Court in relation to a specific request:

    a. **Structured data**: January 1, 2006 to December 31, 2021. Included in this category are unstructured documents necessary to understand structured data (*e.g.*, data dictionaries).

    b. **Unstructured data**: January 1, 2012 to June 30, 2020.

2. Responsive documents relating to "Other Packers" in response to Cattle Requests 4 and 17(a); Consumer Request 2; and DPP Requests 3 and 4(a).

3. In response to Cattle Request 3, Consumer Request 3 and DPP Request 24(a):

    a. productions made to the DOJ, State Attorneys General, and USDA before the close of fact discovery here in relation to these three regulators' existing investigations into the unlawful conduct alleged in Plaintiffs' complaints;

    b.    written submissions or discovery submitted in response to any merger inquiry into National Beef's acquisition of Iowa Premium and/or JBS's acquisition of the U.S. assets of XL Foods;

    c.    the regulatory requests for information or documents that are responsive to Plaintiffs' requests; and

    d.    written interrogatory-style responses or presentations given or made in response to responsive regulatory requests.

4.    Concluded contracts for the purchase of fed cattle for harvest in the U.S. or sale of Beef from a U.S. location found through a reasonable search of Defendants' agreed or ordered custodial and non-custodial sources, and any known central repository of executed contracts, in response to Cattle Requests 8 and 9; Consumer Requests 6, 7 and 20; and DPP Request 35.

5.    As regards the Tyson Defendants, Cargill Defendants and National Beef, the following materials in response to Cattle Request 16 and DPP Request 5: Documents and communications in the possession of Your document custodians concerning any Trade Association meeting or conference (*e.g.*, NAMI's annual Meat Conference), Industry Meeting, and Investor Conference, or functions that were or may have been attended by any of Your Employees whose job function concerned Your cattle and/or beef business and constituting: (a) meeting announcements; (b) agendas; (c) minutes; (d) notes; (e) invitee and attendee lists; (f) handouts or presentations (including speaking notes, where applicable); (g) reports; (h) statistical bulletins; (i) correspondence; (j) expense reports related to attendance at these meetings; and (k) documents and communications concerning Your participation in those meetings.

6. As regards the Tyson Defendants, Cargill Defendants, and National Beef, responsive documents relating to "Other Packers" and "cattle/beef industry or financial analysts" in response to Cattle Requests 17(b) and DPP Request 4(b). Tyson Defendants shall also produce responsive documents relating to Employees and officers of Trade Associations.

7. The following materials in response to Cattle Request 17(g) and DPP Request 17(i):

   a. Copies of any transcripts or recordings of any testimony of the Document Custodian relating to Your or another packer's Cattle Business, such as testimony at a deposition, trial, or public hearing, excluding those relating to testimony provided in: employment actions other than any claims arising from the issues pled in these actions; environmental actions; food safety actions; and disputes in which You or one of Your employees merely offered testimony related to the quality or grading of beef or cattle.

8. The following materials in response to Cattle Request 17(g):

   a. Any severance agreements in connection with the Document Custodian ceasing employment or changing employment status with You (without time limitation).

9. As regards the Tyson Defendants, Cargill Defendants and National Beef, the following materials in response to DPP Request 17(g):

   a. Documents concerning any performance evaluations, records, or disciplinary matters that relate to the allegations in the case, including cattle procurement, beef sales, live cattle futures, compliance with Your

3

    antitrust/competition policies, or policies concerning contacts with competitors

10. Responsive documents relating to attempts to conceal: (a) anticompetitive conduct in related U.S. protein markets (broilers, pork and turkey); and (b) breaches of the Commodity Exchange Act or CME regulations as they apply to live cattle futures or options, in response to Consumer Request 10.

11. As regards JBS S.A.:

  a. Phone records associated with Mr. Wesley Batista's JBS-issued phone numbers in response to Consumer Request 4; and

  b. materials found in Mr. Batista's files that relate to the export of Beef or Cattle from the United States or the import of Beef or Cattle to the United States and that bear on pricing or output in the United States.

The grounds for this motion are set forth and supported in the accompanying Memorandum of Law, the Declaration of Patrick J. McGahan and the exhibits attached thereto, the arguments of counsel, and all of the papers and proceedings in this matter.

Dated: February 25, 2022       Respectfully submitted,

| | |
|---|---|
| s/ Patrick J. McGahan | s/ Joshua J. Rissman |
| David R. Scott (*pro hac vice*) | Daniel E. Gustafson (#202241) |
| Amanda F. Lawrence (*pro hac vice*) | Daniel C. Hedlund (#258337) |
| Patrick J. McGahan (*pro hac vice*) | Michelle J. Looby (#0388166) |
| Michael P. Srodoski (Bar No. 0398250) | Joshua J. Rissman (#0391500) |
| **SCOTT+SCOTT** | Anthony J. Stauber (#0401093) |
| **ATTORNEYS AT LAW LLP** | **GUSTAFSON GLUEK PLLC** |
| 156 Main Street | Canadian Pacific Plaza |
| P.O. Box 192 | 120 So. Sixth Street, Suite 2600 |
| Colchester, CT 06415 | Minneapolis, MN 55402 |
| Tel.: 860-537-5537 | Tel.: 612-333-8844 |
| Fax: 860-537-4432 | Fax: 612-339-6622 |
| david.scott@scott-scott.com | dgustafson@gustafsongluek.com |

alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Christopher M. Burke (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
cburke@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Anthony F. Fata (*pro hac vice*)
Jennifer W. Sprengel (*pro hac vice*)
Daniel Herrera
(*pro hac vice* to be filed shortly)
Edward Khatskin
(*pro hac vice* to be filed shortly)
Kaitlin Naughton
(*pro hac vice* to be filed shortly)
**CAFFERTY CLOBES MERIWETHER &**
**SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel.: 312-782-4882
Fax: 312-782-4485
afata@caffertyclobes.com
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
ekhatskin@caffertyclobes.com
knaughton@caffertyclobes.com

dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

Dennis J. Stewart (*admitted pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor
San Diego, CA 92101
Tel.: 612-333-8844
Fax: 612-339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*admitted pro hac vice*)
Elizabeth T. Castillo (*admitted pro hac vice*)
James G. Dallal (*admitted pro hac vice*)
**COTCHETT, PITRE & MCCARTHY,**
**LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel.: 650-697-6000
Fax: 650-697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*admitted pro hac vice*)
**COTCHETT, PITRE & MCCARTHY,**
**LLP**
40 Worth Street Suite 602
New York, NY 10013
Tel.: 212-201-6820
Fax: 917-398-7753
abarnett@cpmlegal.com

Jason S. Hartley (*admitted pro hac vice*)
Jason M. Lindner
Dylan McFarland (*admitted pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel.: 619-400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
mcfarland@hartleyllp.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel.: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen (Bar No. 0398626)
Eric P. Barstad (appearance to be filed shortly)
Austin Hurt (appearance to be filed shortly)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com
ahurt@RobinsKaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

s/ Alec Blaine Finley
Jonathan W. Cuneo
Alec Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20002
Tel.: 202-789-3960
Fax: 202-789-1813
jonc@cuneolaw.com
bfinley@cuneolaw.com

John W. ("Don") Barrett
David McMullan, Jr.
Katherine Riley

Megan E. Jones (*admitted pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel.: 415-633-1908
mjones@hausfeld.com

Timothy S. Kearns (*admitted pro hac vice*)
**HAUSFELD LLP**
888 16th St. NW, Suite 300
Washington, DC 20006
Tel.: 202-540-7200
tkearns@hausfeld.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs*

/s/ Shana E. Scarlett
Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
Abby Wolf (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel.: 510-725-3000
Fax: 510-725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel.: 206-623-7292
Fax: 206-623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)

6

Sarah Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square N
P.O. Box 927
Lexington, MS 39095
Tel.: 662-834-2488
Fax: 662-834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shawn M. Raiter
**LARSON KING, LLP**
30 E 7th St., Suite 2800
St. Paul, MN 55101-4922
Tel.: 651-312-6500
Fax: 651-312-6615
sraiter@larsonking.com

Anthony Carter
Jon Tostrud
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel.: 310-278-2600
Fax: 310-278-2640
acarter@tostrudlaw.com
jtostrud@tostrudlaw.com

Armand Derfner
Jonathan S. Altman
**DERFNER & ALTMAN, LLC**
575 King Street, Suite B
Charleston, SC 29403
Tel.: 843-723-9804
Fax: 843-723-7446
rsavini@derfneraltman.com
jaltman@derfneraltman.com

*Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs*

Kyle Pozan (*pro hac vice*)
R. David Hahn (MN #0401262)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel.: 612-339-6900
Fax: 612-339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
kjpozan@locklaw.com
rdhahn@locklaw.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

s/ Patrick J. Ahern
Patrick J. Ahern
Theodore B. Bell
**AHERN AND ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, IL 60603
Tel.: 312-404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

Patrick J. Lee-O'Halloran (#269074)
**THOMPSON TARASEK LEE-O'HALLORAN PLLC**
7101 York Avenue South, Suite 255
Edina, MN 55435
Tel.: 612-568-0132
Fax: 612-564-6976
patrick@ttlolaw.com

***Attorneys for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC***

## CERTIFICATE OF SERVICE

I, Patrick J. McGahan, hereby certify that on February 25, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on February 25, 2022, at Colchester, Connecticut.

s/ Patrick J. McGahan<br>
Patrick J. McGahan (*pro hac vice*)