UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This document relates to:<br>*Winn Dixie, Inc. & Bi-Lo Holding, LLC vs. Cargill, Inc., et al.*, Case No. 21-cv-1751 (JRT/HB) | Case No. 0:20-cv-01319 (JRT/HB)<br><br>**DEFENDANTS' MOTION TO COMPEL DISCOVERY FROM PLAINTIFFS WINN DIXIE, INC. AND BI-LO HOLDING, LLC** |

Defendants Cargill, Inc., Cargill Meat Solutions Corporations, JBS S.A., JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., National Beef Packing Company, Tyson Foods, Inc., and Tyson Fresh Meats, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby move the Court for an order compelling Plaintiffs Winn Dixie, Inc. and Bi-Lo Holding, LLC to produce documents in response to Defendants' Requests for Production and supplement their Attachment 1 Disclosures pursuant to the Court's Second Order on Discovery [Doc. No. 72].

This motion is made pursuant to Federal Rules of Civil Procedure 37(a). This motion is supported by all files, records, and proceedings herein, including Defendants' supporting memorandum of law.

| | |
|---|---|
| Dated: February 25, 2022 | *s/ Jessica J. Nelson* <br> Donald G. Heeman (#286023) <br> Jessica J. Nelson (#347358) <br> Randi J. Winter (#391354) <br> **SPENCER FANE LLP** <br> 100 South Fifth Street, Suite 2500 <br> Minneapolis, MN 55402 <br> Telephone: (612) 268-7000 <br> dheeman@spencerfane.com <br> jnelson@spencerfane.com <br> rwinter@spencerfane.com <br><br> Stephen R. Neuwirth (*pro hac vice*) <br> Michael B. Carlinsky (*pro hac vice*) <br> Sami H. Rashid (*pro hac vice*) <br> **QUINN EMANUEL URQUHART & SULLIVAN, LLP** <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Telephone: (212) 849-7000 <br> stephenneuwirth@quinnemanuel.com <br> michaelcarlinsky@quinnemanuel.com <br> samirashid@quinnemanuel.com <br><br> *Counsel for JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.* |

Dated: February 25, 2022

s/ Benjamin L. Ellison
Benjamin L. Ellison (#0392777)
Chelsea A. Bunge-Bollman (#0401297)
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
612-217-8800
bellison@jonesday.com
cbungebollman@jonesday.com

Julie McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
202-879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*

Dated: February 25, 2022

*s/ X. Kevin Zhao*
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee, Reg. No. 0400175
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com

Britt M. Miller (*pro hac vice*)
Matthew Provance (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*

Dated: February 25, 2022                s/ Ulrike B. Connelly (*pro hac vice*)

David P. Graham, Reg. No.0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Barry G. Stratford (*pro hac vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 351-8206
bstratford@perkinscoie.com

Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany L. Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
TLee@perkinscoie.com
HParman@perkinscoie.com

*Counsel for Defendants Tyson Foods, Inc. and Tyson Fresh Meats, Inc.*