UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINTIFF ACTION | NO. 0:20-CV-1319 (JRT/HB) |

**Notice of Hearing on Unopposed Motion to Appoint
Interim Co-Lead Counsel and Plaintiffs' Steering Committee
for Commercial and Institutional Indirect Purchasers**

___

PLEASE TAKE NOTICE that on a date and time to be determined by the Court, the Court will hear the motion of Shawn M. Raiter (Larson • King, LLP), Sterling Aldridge (Barrett Law Group, P.A.), and Blaine Finley (Cuneo, Gilbert, LaDuca, LLP) to be designated Interim Co-Lead Counsel representing the Commercial and Institutional Indirect Purchaser Plaintiffs ("CIIPPs") in this action and to appoint the Tostrud Law Group, P.C. and Derfner & Altman as members of a Plaintiff's Steering Committee.

The CIIPPs do not request a hearing and have provided defense counsel with a draft of the motion papers. No defense counsel indicated that they opposed this motion or wished to be heard.

1

Dated: February 28, 2022 Respectfully submitted,

By: /s/ *Shawn M. Raiter*
Shawn M. Raiter (MN# 240424)
**LARSON • KING, LLP**
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
(651) 312-6518 Telephone
sraiter@larsonking.com

Jonathan W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20016
(202) 789-3960 Telephone
jonc@cuneolaw.com
bfinley@cuneolaw.com

John W. ("Don") Barrett (*pro hac vice*)
Sarah Sterling Aldridge (*pro hac vice*)
Katherine Barrett Riley (*pro hac vice*)
David McMullan (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488 Telephone
dbarrett@barrettlawgroup.com
saldridge@barrettlawgroup.com
kbriley@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jon Tostrud
Anthony Carter (*pro hac vice*)
**TOSTRUD LAW GROUP, PC**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

2

        Armand Derfner (*pro hac vice*)
        Jonathan Altman (*pro hac vice*)
        **DERFNER & ALTMAN**
        575 King Street, Suite B
        Charleston, SC 29403
        (843) 723-9804 Telephone
        aderfner@derfneraltman.com
        jaltman@derfneraltman.com

        *Counsel for Plaintiff Erbert & Gerbert's, Inc.*