# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF LITIGATION | Case No. 0:20-cv-1319 (JRT/HB) |
| This document relates to: *Winn-Dixie Stores, Inc. et al v. Cargill, Inc. et al.*, Case No. 21-cv-1751 (DSD/ECW) | **ORDER** |

This matter came before the Court on a Stipulation between the Parties in the above-styled case. Based on the Parties' Stipulation (ECF No. 454), and all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that:

1. The time for the Winn-Dixie Plaintiffs' opposition to Defendants' Motion to Compel [ECF No. 400] is extended to March 28, 2022.

2. The Court will hear the Motion at the previously scheduled April 1, 2022 Case Management Conference.

Dated: March 18, 2022

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge