UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTIONS HEARING

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | COURT MINUTES<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No.: 20-cv-1319 (JRT/HB)<br>Date: March 18, 2022<br>Location: n/a (by videoconference)<br>Court Reporter: Paula Richter<br>Time: 9:05 am – 11:25 am<br>           2:35 pm – 5:22 pm<br>Total Time: 5 hours 7 minutes |

**APPEARANCES:**

Class Plaintiffs:
- For Cattle Producer Plaintiffs: Patrick McGahan, Jennifer W. Sprengel, and Stacey P. Slaughter
- For Direct Purchaser Plaintiffs: Megan E. Jones, Jason Scott Hartley, Adam J. Zapala, Jason Lindner, and Michelle J. Looby
- For Commercial and Institutional Indirect Purchaser Plaintiffs: A. Blaine Finley and S. Sterling Aldridge
- For Consumer Indirect Purchaser Plaintiffs: Breanna Van Engelen, Brian D. Clark, Joseph W. Bruckner, Shana Scarlett, and Kyle J. Pozan

Defendants:
- For Cargill, Inc.: X. Kevin Zhao, Matthew Provance, and Holley C. M. Horrell
- For JBS: Donald G. Heeman, Christopher R. Morris, and Patrick E. Brookhouser, Jr.
- For National Beef Packing Company: Tiffany D. Lipscomb-Jackson and Benjamin L. Ellison
- For Tyson Foods: David P. Graham and Ulrike Connelly

**PROCEEDINGS:**

Four motions were initially noticed for hearing on March 18, 2022, and March 24, 2022: 1) Plaintiffs' Motion to Compel Document Custodians [ECF No. 376], 2) Defendants' Motion for Protective Order [ECF No. 377] regarding phone records, 3) Plaintiff's Motion to Compel Documents [ECF No. 394], and 4) Defendants' Motion to Compel Discovery from Winn-Dixie Plaintiffs [ECF No. 400].

After consultation with the parties, the Court heard argument first on Plaintiffs' Motion to Compel Documents (except Section L) and Defendants' Motion for Protective Order. The Court will continue the hearing on Thursday, March 24, 2022, when it will hear argument on Plaintiffs'

Motion to Compel Document Custodians and Section L of Plaintiffs' Motion to Compel Documents.  At the request of the parties, Defendants' Motion to Compel Discovery from Winn-Dixie Plaintiffs will be held in conjunction with the case management conference on April 1, 2022 [*See* ECF No. 455].

The Court instructed the parties to continue meeting and conferring on various issues and to file an update letter reporting any progress made no later than Wednesday, March 23, 2022, at 4:00 pm CT.

*s/MJA*
Judicial Law Clerk
