UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Cases | Case No. 20-cv-1319 (JRT/HB) |

**STIPULATION REGARDING THE WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES**

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on February 17, 2022, the Parties agreed to work to narrow disputes between them regarding Defendants' Affirmative Defenses (ECF No. 364);

WHEREAS, on March 1, 2022, the Parties met and conferred regarding Defendants' Affirmative Defenses;

WHEREAS, on March 11, 2022, the Parties agreed to continue their negotiations to resolve at least some of the disputes pertaining to the Affirmative Defenses without the intervention of the Court (ECF No. 432);

WHEREAS, the Parties have conferred and reached an agreement whereby Defendants agree to withdraw certain Affirmative Defendants and Plaintiffs agree that none of these Affirmative Defenses shall be deemed waived;

BASED ON THE RECITALS ABOVE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. Defendants Cargill, Incorporated, and Cargill Meat Solutions withdraw the

following Affirmative Defenses:

- Nos. 4, 9, and 24 in ECF No. 318 (Cattle)
- Nos. 4, 9 and 22 in ECF No. 317 (Consumer IPPs)
- Nos. 4, 9 and 22 in ECF No. 320 (Commercial IPPs)
- Nos. 4, 9 and 23 ECF No. 340 (In re DPPs)
- Nos. 4 and 21 in ECF No. 316 (Winn Dixie)

2. Defendant National Beef Packing Company, LLC withdraws the following Affirmative Defenses:

- Nos. 3, 8 and 20 in ECF No. 315 (Cattle)
- Nos. 3, 8 and 19 in ECF No. 312 (Consumer IPPs)
- Nos. 3, 8 and 19 in ECF No. 314 (Commercial IPPs)
- Nos. 3, 8 and 21 in ECF No. 339 (In re DPPs)
- Nos. 3 and 19 in ECF No. 313 (Winn Dixie)

3. Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. withdraw the following Affirmative Defenses:

- No. 34 in ECF No. 326 (Cattle)
- No. 38 in ECF No. 324 (Consumer IPPs)
- No. 38 in ECF No. 325 (Commercial IPPs)
- No. 38 in ECF No. 327 (Winn Dixie)

4. Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc. withdraw the following Affirmative Defenses:

- Nos. 4 and 24 in ECF No. 322 (Cattle)

- Nos. 4 and 22 in ECF No. 321 (Consumer IPPs)

- Nos. 4. and 22 In ECF No. 323 (Commercial IPPs)

- Nos. 4. and 24 In ECF No. 337 (In re DPPs)

- Nos. 4 and 24 in ECF No. 319 (Winn Dixie)

5.  The withdrawal of these Affirmative Defenses from any Defendant's Answers shall not preclude any Defendant from later raising the Affirmative Defense as an affirmative defense, defense, or argument in this Action, nor shall any of these Affirmative Defenses be deemed waived. By agreeing to this language, Plaintiffs are not agreeing that any of the withdrawn or remaining Affirmative Defenses are valid or otherwise appropriate.

Consistent with the above, the Parties respectfully request that the Court enter the concurrently submitted proposed order.

| Dated: | Respectfully submitted, |
|---|---|
| /s/ Patrick J. McGahan | s/ Davida S. McGhee |
| David R. Scott (*pro hac vice*) | X. Kevin Zhao, Reg. No. 0391302 |
| Amanda F. Lawrence (*pro hac vice*) | Holley C. M. Horrell, Reg. No. 0399636 |
| Patrick J. McGahan (*pro hac vice*) | Davida S. McGhee, Reg. No. 0400175 |
| Michael P. Srodoski (Bar No. 0398250) | **GREENE ESPEL PLLP** |
| **SCOTT + SCOTT** | 222 S. Ninth Street, Suite 2200 |
| **ATTORNEYS AT LAW LLP** | Minneapolis, MN 55402 |
| 156 Main Street | (612) 373-0830 |
| P.O. Box 192 | kzhao@greeneespel.com |
| Colchester, CT 06415 | hhorrell@greeneespel.com |
| Tel.: 860-537-5537 | dwilliams@greeneespel.com |
| Fax.: 860-537-4432 | |
| david.scott@scot-scott.com | Britt M. Miller (*pro hac vice*) |
| alawrence@scott-scott.com | Matthew Provance (*pro hac vice*) |
| pmcgahan@scott-scott.com | **MAYER BROWN LLP** |
| msrodoski@scott-scott.com | 71 South Wacker Drive |
| | Chicago, IL 60606 |
| Christopher M. Burke (*pro hac vice*) | (312) 782-0600 |
| **SCOTT + SCOTT** | bmiller@mayerbrown.com |
| **ATTORNEYS AT LAW LLP** | mprovance@mayerbrown.com |
| 600 W. Broadway, Suite 3300 | |
| San Diego, CA 92101 | William H. Stallings (*pro hac vice*) |
| Tel.: 619-233-4565 | **MAYER BROWN LLP** |
| Fax: 619-233-0508 | 1999 K Street, NW |
| cburke@scott-scott.com | Washington, DC 20006-1101 |
| | (202) 263-3338 |
| Joseph P. Guglielmo (*pro hac vice*) | wstallings@mayerbrown.com |
| **SCOTT + SCOTT** | |
| **ATTORNEYS AT LAW LLP** | *Counsel for Defendants Cargill,* |
| The Helmsley Building | *Incorporated and Cargill Meat Solutions* |
| 230 Park Avenue | *Corporation* |
| 17th Floor | |
| New York, NY 10169 | |
| Tel.: 212-223-6444 | /s/  Benjamin L. Ellison |
| Fax: 212-223-6334 | Benjamin L. Ellison, Reg. No. 0392777 |
| jguglielmo@scott-scott.com | Chelsea A. Bunge-Bollman, Reg. No. 0401297 |
| Jennifer W. Sprengel (*pro hac vice*) | **JONES DAY** |
| Katilin Naughton (*pro hac vice*) | 90 South Seventh Street, Suite 4950 |
| **CAFFERTY CLOBES** | Minneapolis, MN 55402 |
| **MERIWETHER & SPRENGEL LLP** | Tel.: (612) 217-8862 |

4

150 S. Wacker, Suite 3000
Chicago, IL 60606
Tel.: 312-782-4882
Fax: 312-782-4485
afata@caffertyclobes.com
jsprengel@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel.: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*


K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen
Eric P. Barstad
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com


Kellie Lerner
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel.: 212-980-7400

bellison@jonesday.com
cbungebollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (pro hac vice)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
Tel.: 312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*


/s/   Sami H. Rashid
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402

5

Fax: 212-980-7499
klerner@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

/s/ Shana E. Scarlett
Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Kyle J. Pozan (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55402
Tel.: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
kjpozan@locklaw.com

Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spenderfane.com

Stephen Neuwirth (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the DPP, Peterson, Erbert & Gerbert's, and Winn-Dixie cases*

/s/   Patrick E. Brookhouser, Jr.
Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Mark F. Enenbach (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
Matthew G. Munro (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com

6

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagslaw.com

*Counsel for Plaintiffs and the Proposed Consumer Indirect Purchaser Classes in the Peterson Action*


/s/ Daniel C. Hedlund
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#259337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Brittany Resch (#397656)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com


Dennis J. Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor
San Diego, CA 92101
Tel: (612) 333-8844
Fax: (612) 339-6622
dstewart@gustafsongluek.com


Adam J. Zapala (*pro hac vice*)
Elizabeth T. Castillo (*pro hac vice*)
Reid W. Gaa (*pro hac vice*)

menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the Cattle case*

/s/   Tiffany Lee
David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tlee@perkinscoie.com
hparman@perkinscoie.com
*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*

**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
rgaa@cpmlegal.com

Alexander E. Barnett (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY 10013
Tel: (212) 201-6820
Fax: (917-398-7753
abarnett@cpmlegal.com

Jason S. Hartley (*pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs*


/s/ Blaine Finley
Shawn M. Raiter (MN #240424)
**LARSON KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Tel: (651) 312-6518
sraiter@larsonking.com

Don Barrett (*pro hac vice*)
David McMullan (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
Tel: (662) 834-9168
Fax: (662) 834-2628
donbarrettpa@gmail.com
mcmullan@BarrettLawGroup.com

Jonathon W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

Jon Tostrud
Anthony Carter (to apply *pro hac vice*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

*Counsel for Erbert & Gerbert's, Inc. and the Proposed Classes*


/s/ Patrick J. Ahern
Patrick J. Ahern
Theodore B. Bell
**AHERN AND ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

9

theo.bell@ahernandassociatespc.com

Patrick J. Lee-O'Halloran (#269074)
**THOMPSON TARASEK LEE-O'HALLORAN PLLC**
7101 York Avenue South, Suite 255
Edina, MN 55435
Telephone: (612) 568-0132
Fax: (612) 564-6976
patrick@ttlolaw.com

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc., and Bi-Lo Holding, LLC*