# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Cases | Case No. 20-cv-1319 (JRT/HB) |

## ORDER ON STIPULATION REGARDING THE WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES

Pursuant to the Stipulation between Plaintiffs and Defendants, entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. #471) is GRANTED, as follows:

1. The following Affirmative Defenses in Defendants' respective Answers shall be deemed withdrawn and stricken:

    a. Cargill, Incorporated, and Cargill Meat Solutions Corporation:

    - Nos. 4, 9, and 24 in ECF No. 318 (Cattle)
    - Nos. 4, 9 and 22 in ECF No. 317 (Consumer IPPs)
    - Nos. 4, 9 and 22 in ECF No. 320 (Commercial IPPs)
    - Nos. 4, 9 and 23 ECF No. 340 (In re DPPs)
    - Nos. 4 and 21 in ECF No. 316 (Winn Dixie)

  b. National Beef Packing Company, LLC:

- Nos. 3, 8 and 20 in ECF No. 315 (Cattle)
- Nos. 3, 8 and 19 in ECF No. 312 (Consumer IPPs)
- Nos. 3, 8 and 19 in ECF No. 314 (Commercial IPPs)
- Nos. 3, 8 and 21 in ECF No. 339 (In re DPPs)
- Nos. 3 and 19 in ECF No. 313 (Winn Dixie)

  c. JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A.:

- No. 34 in ECF No. 326 (Cattle)
- No. 38 in ECF No. 324 (Consumer IPPs)
- No. 38 in ECF No. 325 (Commercial IPPs)
- No. 38 in ECF No. 327 (Winn Dixie)

  d. Tyson Foods, Inc., and Tyson Fresh Meats, Inc.:

- Nos. 4 and 24 in ECF No. 322 (Cattle)
- Nos. 4 and 22 in ECF No. 321 (Consumer IPPs)
- Nos. 4. and 22 In ECF No. 323 (Commercial IPPs)
- Nos. 4. and 24 In ECF No. 337 (In re DPPs)
- Nos. 4 and 24 in ECF No. 319 (Winn Dixie)

2. The withdrawal of these Affirmative Defenses from any Defendant's Answers shall not preclude any Defendant from later raising the Affirmative

Defense as an affirmative defense, defense, or argument in this Action, nor shall any of these Affirmative Defenses be deemed waived.

Date: March 28, 2022                              s/*Hildy Bowbeer*
                                                  HILDY BOWBEER
                                                  United States Magistrate Judge