## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This document relates to:<br>*Winn Dixie, Inc. & Bi-Lo Holding, LLC vs. Cargill, Inc., et al.*, Case No. 21-cv-1751 (JRT/HB) | Case No. 0:20-cv-01319 (JRT/HB)<br><br>**STIPULATION** |

Defendants Cargill, Inc., Cargill Meat Solutions Corporations, JBS S.A., JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., National Beef Packing Company, Tyson Foods, Inc., and Tyson Fresh Meats, Inc. (collectively "Defendants") and Plaintiffs Winn Dixie, Inc. and Bi-Lo Holding, LLC (collectively, the "Winn-Dixie Plaintiffs"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Defendants moved the Court for an order compelling the Winn-Dixie Plaintiffs to produce documents in response to Defendants' Requests for Production and supplement their Attachment 1 Disclosures pursuant to the Court's Second Order on Discovery Pending Resolution of the Motion to Dismiss ("Attachment 1 Disclosures") [Dkt. 400] (the "Motion");

WHEREAS, the Winn-Dixie Plaintiffs' response to the Motion is due on March 28, 2022 as per the Parties' earlier agreement to extend the Winn-Dixie Plaintiffs' time to respond [Dkt. 455];

WHEREAS, after further efforts to meet and confer, the Winn-Dixie Plaintiffs agreed to produce the Sales Data requested in the Motion and documents responsive to the Consumer

1

Demand and Pricing Analysis requests (as defined in the Motion) in custodian emails, individual drives, and the Meat Department shared drive;

WHEREAS, the Winn-Dixie Plaintiffs represented that they will agree to search terms sufficiently broad to capture the documents responsive to the consumer demand and pricing analysis requests within these sources and that there are no documents responsive to these requests that are not within these sources;

WHEREAS, the Winn-Dixie Plaintiffs also agreed to complete their Attachment 1 Disclosures;

WHEREAS, at this time, Defendants agreed to the following custodians and do not intend to use the completed Attachment 1 Disclosures to request additional custodians: Frank Thurlow, Timmy Hinkle, Josh Piatek, Bill Adair, Rob McNeely, and Jennifer Dickenson;

WHEREAS, Defendants reserved the right to seek additional custodians if discovery reveals the agreed-upon document custodians are insufficient to meet Defendants' discovery needs, and the Winn-Dixie Plaintiffs agreed not to object to such a request on timeliness grounds;

BASED ON THE RECITALS ABOVE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1.     The Winn-Dixie Plaintiffs shall complete their Attachment 1 Disclosures;

2.     The Winn-Dixie Plaintiffs shall produce the Sales Data requested in the Motion;

3.      The Winn-Dixie Plaintiffs shall produce documents responsive to the Consumer Demand and Pricing Analysis requests (as defined in the Motion) in custodian emails, individual drives, and the Meat Department shared drive;

4.      The Parties shall meet and confer regarding search terms to capture documents responsive to the Consumer Demand and Pricing Analysis requests;

5.      The Winn-Dixie Plaintiffs shall use the following document custodians: Frank Thurlow, Timmy Hinkle, Josh Piatek, Bill Adair, Rob McNeely, and Jennifer Dickenson; and

6.      Defendants reserve the right to seek additional document custodians if discovery reveals the agreed-upon custodians are insufficient to meet Defendants' discovery needs, and the Winn-Dixie Plaintiffs shall not object to such a request on timeliness grounds.

Dated:  March 28, 2022

s/ *Patrick J. Ahern* _____

Patrick J. Ahern
Theodore B. Bell
**AHERN AND ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, IL 60603
Tel: (312) 404-3760
Patrick.ahern@ahernandassociatespc.com
Theo.bell@ahernandassociatespc.com

Patrick J. Lee-O'Halloran (#269074)
**THOMPSON TARASEK LEE-O'HALLORAN
PLLC**
7101 York Avenue South, Suite 255
Edina, MN 55435
Tel: (612) 568-1032
Fax: (612) 564-6976
patrick@ttlolaw.com

*Attorneys for Plaintiffs Winn-Dixie
Stores, Inc. and Bi-Lo Holding, LLC*

s/ *Jessica J. Nelson* _____

Donald G. Heeman (#286023)
Jessica J. Nelson (#347358)
Randi J. Winter (#391354)
**SPENCER FANE LLP**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone:  (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spencerfane.com

Stephen R. Neuwirth (*pro hac vice*)
Michael B. Carlinsky (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com

*Counsel for JBS USA Food Company, JBS
Packerland, Inc., Swift Beef Company, and JBS
S.A.*

<u>s/ Benjamin L. Ellison</u>
Benjamin L. Ellison (#0392777)
Chelsea A. Bunge-Bollman (#0401297)
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
612-217-8800
bellison@jonesday.com
cbungebollman@jonesday.com

Julie McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
202-879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*

5

*s/ Holley Horrell*
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee, Reg. No. 0400175
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com

Britt M. Miller (*pro hac vice*)
Matthew Provance (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com

***Counsel for Defendants Cargill, Incorporated an***
***Cargill Meat Solutions Corporation***

s/ *Ulrike Connelly*

David P. Graham, Reg. No.0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Barry G. Stratford (*pro hac vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
Tel: (602) 351-8206
bstratford@perkinscoie.com

Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany L. Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
TLee@perkinscoie.com
HParman@perkinscoie.com

*Counsel for Defendants Tyson Foods, Inc. and
Tyson Fresh Meats, Inc.*