UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This document relates to:<br>*Winn Dixie, Inc. & Bi-Lo Holding, LLC vs. Cargill, Inc., et al.*, Case No. 21-cv-1751 (JRT/HB) | Case No. 0:20-cv-01319 (JRT/HB)<br><br>**ORDER** |

This matter came before the Court on the Parties' Stipulation [Doc. No. 486] regarding the Motion to Compel Discovery from Plaintiffs Winn Dixie, Inc. and Bi-Lo Holdings, LLC (collectively, the "Winn-Dixie Plaintiffs") [Dkt. 400] brought by Defendants Cargill, Inc., Cargill Meat Solutions Corporations, JBS S.A., JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., National Beef Packing Company, Tyson Foods, Inc., and Tyson Fresh Meats, Inc. (collectively "Defendants"). Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Parties' stipulation is **GRANTED**.

2. The Winn-Dixie Plaintiffs shall complete their Attachment 1 Disclosures;

3. The Winn-Dixie Plaintiffs shall produce the Sales Data requested in the Motion;

4. The Winn-Dixie Plaintiffs shall produce documents responsive to the Consumer Demand and Pricing Analysis requests (as defined in the Motion) in custodian emails, individual drives, and the Meat Department shared drive;

5. The Parties shall meet and confer regarding search terms to capture documents responsive to the Consumer Demand and Pricing Analysis requests;

2

6. The Winn-Dixie Plaintiffs shall use the following document custodians: Frank Thurlow, Timmy Hinkle, Josh Piatek, Bill Adair, Rob McNeely, and Jennifer Dickenson; and

7. Defendants reserve the right to seek additional document custodians if discovery reveals the agreed-upon custodians are insufficient to meet Defendants' discovery needs, and the Winn-Dixie Plaintiffs shall not object to such a request on timeliness grounds.

Dated: March 29, 2022

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge