# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Cases | Case No. 20-cv-1319 (JRT/HB) |

## ORDER ON STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO PROPOUND ADDITIONAL INTERROGATORIES RELATED TO AFFIRMATIVE DEFENSES

Pursuant to the Stipulation between Plaintiffs and Defendants, entered into by the parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Stipulation (ECF No. #492) is GRANTED, as follows:

1. Defendants' deadline for filing a response brief to Plaintiffs' Motion for Leave to Propound Additional Interrogatories Related to Affirmative Defenses (ECF No. 476) shall be extended to and including April 4, 2022.

Date: April 1, 2022

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge