## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*IN RE CATTLE AND BEEF ANTITRUST LITIGATION*

This Document Relates to: ALL CASES

Civil No. 20-cv-1319 (JRT/HB)

**ORDER ON JOINT MOTION REGARDING CONTINUED SEALING**

Before the Court is the Joint Motion Regarding Continued Sealing (ECF No. 499), pursuant to Local Rule 5.6(d), concerning the documents filed under seal in connection with Plaintiffs' Motion to Compel Document Custodians (ECF No. 376), Plaintiffs' Motion to Compel Documents (ECF No. 396), Defendants' Motion for Protective Order (ECF No. 377), and Defendants' Motion to Compel Discovery from Winn-Dixie Plaintiffs (ECF No. 400). Having reviewed the motion and the documents filed under seal, as well as all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the Joint Motion (ECF No. 499) is **GRANTED**, as follows:

1. The following confidential documents filed under seal shall remain sealed and the Clerk is directed to keep the following documents sealed:

    ECF Nos. 383, 388, 388-1, 388-2, 388-3, 388-4, 388-5, 388-6, 388-7, 402, 404-1, 437, 437-1, 441-1, 441-2, 441-3, 441-4.

Dated: April 4, 2022

s/*Hildy Bowbeer*
HILDY BOWBEER
United States Magistrate Judge