UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This document relates to:<br><br>Cattle Antitrust Action<br><br>Commercial and Institutional Indirect Purchaser Plaintiffs Action<br><br>Consumer Indirect Purchaser Plaintiffs Action<br><br>*Winn Dixie, Inc. & Bi-Lo Holding, LLC vs. Cargill, Inc., et al.*, Case No. 21-cv-1751 (JRT/HB) | Case No. 0:20-cv-01319 (JRT/HB)<br><br>**STIPULATION** |

Defendants JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. (collectively, the "JBS Defendants") and *Cattle* Plaintiffs, Consumer Indirect Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Plaintiffs Winn Dixie, Inc. and Bi-Lo Holding, LLC (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, the JBS Defendants timely filed their Answers to the operative complaints in the above-captioned actions on January 28, 2022 [Dkts. 324, 325, 326, 327] (the "Answers"), wherein the JBS Defendants raised affirmative defenses in response to the Consumer Indirect Purchaser, Commercial and Institutional Indirect Purchaser, Winn-Dixie, and *Cattle* Complaints;

WHEREAS, on February 11, 2022, Plaintiffs communicated to all Defendants their view that certain of the Defendants' affirmative answers were insufficiently pled;

WHEREAS, in subsequent correspondence, the JBS Defendants and Plaintiffs agreed that the JBS Defendants would amend the affirmative defenses in their Answers by April 15, 2022;

WHEREAS, Plaintiffs have agreed not to oppose the JBS Defendants' amendments to the affirmative defenses in their Answers, but have reserved the right to move against any of the JBS Defendants' affirmative defenses on the grounds set forth in their February 11, 2022 letter.

BASED ON THE RECITALS ABOVE, the Parties hereby stipulate and agree as follows:

1. The JBS Defendants shall amend the Answers. Attached hereto are the following documents:

    a. Exhibit A: JBS Defendants' Proposed Redlined Amended Answer in the Cattle Antitrust Action;

    b. Exhibit B: JBS Defendants' Proposed Clean Amended Answer in the Cattle Antitrust Action;

    c. Exhibit C: JBS Defendants' Proposed Redlined Amended Answer in the Commercial and Institutional Indirect Purchaser Plaintiff Action;

    d. Exhibit D: JBS Defendants' Proposed Clean Amended Answer in the Commercial and Institutional Indirect Purchaser Plaintiff Action;

    e. Exhibit E: JBS Defendants' Proposed Redlined Amended Answer in the Consumer Indirect Purchaser Plaintiff Action;

    f. Exhibit F: JBS Defendants' Proposed Clean Amended Answer in the Consumer Indirect Purchaser Plaintiff Action;

    g. Exhibit G: JBS Defendants' Proposed Redlined Amended Answer in the *Winn-Dixie* Action; and

    h. Exhibit H: JBS Defendants' Proposed Clean Amended Answer in the *Winn-Dixie* Action.

2. Plaintiffs shall not oppose the amendments to the Answers, but reserve the right to move against all or some of the affirmative defenses, as amended.

Dated: April 15, 2022

| | |
|---|---|
| */s/* Patrick J. McGahan | */s/* Donald G. Heeman |
| David R. Scott (*pro hac vice*) | Donald G. Heeman (#286023) |
| Amanda F. Lawrence (*pro hac vice*) | Jessica J. Nelson (#347358) |
| Patrick J. McGahan (*pro hac vice*) | Randi J. Winter (#391354) |
| Michael P. Srodoski (Bar No. 0398250) | **SPENCER FANE LLP** |
| **SCOTT+SCOTT** | 100 South Fifth Street, Suite 2500 |
| **ATTORNEYS AT LAW LLP** | Minneapolis, MN 55402 |
| 156 Main Street | Telephone: (612) 268-7000 |
| P.O. Box 192 | dheeman@spencerfane.com |
| Colchester, CT 06415 | jnelson@spencerfane.com |
| Tel.: 860-537-5537 | rwinter@spencerfane.com |
| Fax: 860-537-4432 | |
| david.scott@scott-scott.com | Stephen R. Neuwirth (*pro hac vice*) |
| alawrence@scott-scott.com | Michael B. Carlinsky (*pro hac vice*) |
| pmcgahan@scott-scott.com | Sami H. Rashid (*pro hac vice*) |
| msrodoski@scott-scott.com | **QUINN EMANUEL URQUHART &** |
| | **SULLIVAN, LLP** |
| Christopher M. Burke (*pro hac vice*) | 51 Madison Avenue, 22nd Floor |
| **SCOTT+SCOTT** | |

ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: 619-233-4565
Fax: 619-233-0508
cburke@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Jennifer W. Sprengel (*pro hac vice*)
Daniel Herrera (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel: 312-782-4882
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)

New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com
michaelcarlinsky@quinnemanuel.com
samirashid@quinnemanuel.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the DPP, Peterson, Erbert & Gerbert's, and Winn-Dixie cases.*

*/s/ Christopher R. Morris*
Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402 Tel.:
(612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (pro hac vice)
Mark F. Enenbach (pro hac vice)
Patrick E. Brookhouser, Jr. (pro hac vice)
Matthew G. Munro (pro hac vice)
**MCGRATH NORTH MULLIN & KRATZ, P.C. L.L.O.**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the Cattle case.*

Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoffrey H. Kozen (Bar No. 0398626)
Eric P. Barstad (Bar No. 0398979)
Austin Hurt (appearance to be filed shortly)
**ROBINS KAPLAN LLP** 800 LaSalle Avenue, Suite 2800 Minneapolis, MN 55402
Tel: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com
ahurt@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

*/s/ A. Blaine Finley*
Jonathan W. Cuneo
Alec Blaine Finley
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20002
Tel: 202-789-3960
Fax: 202-789-1813
jonc@cuneolaw.com
bfinley@cuneolaw.com

John W. ("Don") Barrett
David McMullan, Jr.
Katherine Riley
Sarah Sterling Aldridge
**BARRETT LAW GROUP, P.A.**
404 Court Square N
P.O. Box 927
Lexington, MS 39095
Tel: 662-834-2488
Fax: 662-834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shawn M. Raiter

**LARSON KING, LLP**
30 E 7th St., Suite 2800
St. Paul, MN 55101-4922
Tel: 651-312-6500
Fax: 651-312-6615
sraiter@larsonking.com

Anthony Carter
Jon Tostrud
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: 310-278-2600
Fax: 310-278-2640
acarter@tostrudlaw.com
jtostrud@tostrudlaw.com

Armand Derfner
Jonathan S. Altman
**DERFNER & ALTMAN, LLC**
575 King Street, Suite B
Charleston, SC 29403
Tel: 843-723-9804
Fax: 843-723-7446
rsavini@derfneraltman.com
jaltman@derfneraltman.com

*Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs*

*/s/ Kyle Pozan*
Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
Abby Wolf (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: 510-725-3000
Fax: 510-725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: 206-623-7292
Fax: 206-623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Kyle Pozan (*pro hac vice*)
R. David Hahn (MN #0401262)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401 Tel: 612-339-6900
Fax: 612-339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com
kjpozan@locklaw.com
rdhahn@locklaw.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

/s/ *Patrick J. Ahern*
Patrick J. Ahern
Theodore B. Bell
**AHERN AND ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, IL 60603
Tel: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

Patrick J. Lee-O'Halloran (#269074)
**THOMPSON TARASEK LEE-O'HALLORAN PLLC**
7101 York Avenue South, Suite 255
Edina, MN 55435
Tel: (612) 568-0132

Fax: (612) 564-6976
patrick@ttlolaw.com

***Attorneys for Plaintiffs Winn-Dixie Stores, Inc. and Bi-Lo Holding, LLC***