## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This document relates to:<br><br>Cattle Antitrust Action<br><br>Commercial and Institutional Indirect Purchaser Plaintiffs Action<br><br>Consumer Indirect Purchaser Plaintiffs Action<br><br>*Winn Dixie, Inc. & Bi-Lo Holding, LLC vs. Cargill, Inc., et al.*, Case No. 21-cv-1751 (JRT/HB) | Case No. 0:20-cv-01319 (JRT/HB)<br><br>**ORDER** |

Pursuant to the stipulation [Doc. No. 520] of counsel for Defendants JBS USA Food Company, Swift Beef Company, JBS Packerland, Inc., and JBS S.A. (collectively, the "JBS Defendants") and *Cattle* Plaintiffs, Consumer Indirect Purchaser Plaintiffs, Commercial and Institutional Indirect Purchaser Plaintiffs, and Plaintiffs Winn Dixie, Inc. and Bi-Lo Holding, LLC (collectively, "Plaintiffs"), **IT IS HEREBY ORDERED THAT**:

The JBS Defendants are granted leave to file their amended answers to the operative complaints in the above-referenced actions.

Dated: April 18, 2022                s/*Hildy Bowbeer*_____
                                     HILDY BOWBEER
                                     United States Magistrate Judge