UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTIONS HEARING

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | **COURT MINUTES**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No.: 20-cv-1319 (JRT/HB)<br>Date: April 28, 2022<br>Location: n/a (by videoconference)<br>Court Reporter: Maria Weinbeck<br>Time: 9:32 am – 11:04 am<br>         11:11 am – 11:45 am<br>Total Time: 2 hours 6 minutes |

**APPEARANCES:**

Class Plaintiffs:
- For Cattle Producer Plaintiffs: Stacey P. Slaughter, Patrick McGahan, and Ellen Meriwether
- For Direct Purchaser Plaintiffs: Megan E. Jones, Jason Scott Hartley, and Michelle J. Looby
- For Commercial and Institutional Indirect Purchaser Plaintiffs: A. Blaine Finley and S. Sterling Aldridge
- For Consumer Indirect Purchaser Plaintiffs: Brian D. Clark, Shana Scarlett, and Kyle J. Pozan

Defendants:
- For Cargill, Inc.: Davida Sheri McGhee Williams, X. Kevin Zhao, and Holley C. M. Horrell
- For JBS: Donald G. Heeman, Christopher R. Morris, Sami H. Rashid, and Patrick E. Brookhouser, Jr.
- For National Beef Packing Company: Tiffany D. Lipscomb-Jackson and Benjamin L. Ellison
- For Tyson Foods: Ulrike Connelly and David P. Graham

**PROCEEDINGS:**

The Court heard argument on Plaintiffs' Motion for Leave to Propound Additional Interrogatories Related to Affirmative Defenses [ECF No. 476]. The Court took the Plaintiffs' motion under advisement and will rule on the motion in connection with the forthcoming case management order.

The Court also heard argument on the parties' Joint Letter Brief Regarding Proposed Search Methodology Order for Electronically Stored Information [ECF No. 488]. Counsel advised that

the parties were able to reach an agreement regarding Disputed Provision No. 2. The Court provided guidance and asked the parties to meet and confer further on Disputed Provisions Nos. 3, 4, and 5. No later than May 12, 2022, the parties shall file a joint update letter informing the court about the results of their discussions.

<u>s/MJA</u><br>
Judicial Law Clerk