UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE CATTLE AND BEEF ANTITRUST LITIGATION**<br><br>This document relates to:<br><br>*In re Cattle Antitrust Litigation*, Case No. 19-cv-1222 (JRT/HB) | Case No. 20-cv-1319-JRT-HB |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Ranchers Cattlemen Action Legal Fund United Stockgrowers of America ("R-CALF USA") and Farmers Educational and Cooperative Union of America ("NFU") (collectively, "Association Plaintiffs") and Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. ("JBS"), Cargill, Incorporated and Cargill Meat Solutions Corporation ("Cargill"), Tyson Foods, Inc. and Tyson Fresh Meats, Inc. ("Tyson"), and National Beef Packing Company, LLC ("National Beef") (collectively, "Defendants") hereby stipulate that Association Plaintiffs' claims for damages under 7 U.S.C. §§ 192 and 209 (*see* Third Consol. Am. Complaint, Case No. 19-cv-1222, Dkt. 313, at ¶¶ 454-460) and 15 U.S.C. § 15 (*see* Third Consol. Am. Complaint ¶¶ 446-453) be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

For the avoidance of doubt, the dismissal stipulated herein is limited to Association Plaintiffs' claims for damages under 7 U.S.C. §§ 192 and 209, and 15 U.S.C. § 15, that were brought in the Association Plaintiffs' respective personal capacities. Association Plaintiffs expressly preserve their declaratory and injunctive relief claims under 7 U.S.C. §§ 192 and 209, and 15 U.S.C. § 1, which are brought in a representative capacity on behalf of their respective members.

All claims and remedies asserted by Plaintiffs Charles Weinreis, Eric Nelson, James Jensen, Minatare Feedlot Inc., Richard Chambers, Weinreis Brothers Partnership, Nathan Graham, and Steven Graham, on behalf of themselves and the class, are also expressly preserved. This stipulated dismissal does not impact any claim that any Association Plaintiff member may assert in their personal capacity arising from facts alleged in this suit.

Dated: April 29, 2022

/s/ Patrick J. McGahan
David R. Scott (*pro hac vice*)
Amanda F. Lawrence (*pro hac vice*)
Patrick J. McGahan (*pro hac vice*)
Michael P. Srodoski (Bar No. 0398250)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: 860-537-5537
Fax: 860-537-4432
david.scott@scott-scott.com
alawrence@scott-scott.com
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Christopher M. Burke (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: 619-233-4565
Fax: 619-233-0508
cburke@scott-scott.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Fax: 212-223-6334
jguglielmo@scott-scott.com

Jennifer W. Sprengel (*pro hac vice*)
Daniel Herrera (*pro hac vice*)
Kaitlin Naughton (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel: 312-782-4882
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

***Interim Co-Lead Counsel for the Cattle Plaintiffs***

3

*s/Eric P. Barstad*
K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoffrey H. Kozen (Bar No. 0398626)
Eric P. Barstad (Bar No. 0398979)
Austin Hurt (Bar No. 0391802)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com
ahurt@robinskaplan.com

***Liaison Counsel for the Cattle Plaintiffs***

/s/ Holley C. M. Horrell
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee, Reg. No. 0400175
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
Tel.: (612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com

4

Britt M. Miller *(pro hac vice)*
Nicole A. Saharsky (*pro hac vice*)
William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
Tel.: (202) 263-3338
bmiller@mayerbrown.com
nsaharsky@mayerbrown.com
wstallings@mayerbrown.com

*Counsel for Defendants Cargill, Incorporated and Cargill Meat Solutions Corporation*


/s/  Benjamin L. Ellison
Benjamin L. Ellison (#0392777)
Chelsea A. Bunge-Bollman (#0401297)
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
612-217-8800
bellison@jonesday.com
cbungebollman@jonesday.com

Julie McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue NW
Washington, DC 20001
202-879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (*pro hac vice*)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*


/s/ Patrick E. Brookhouser
William F. Hargens (*pro hac vice*)
Mark F. Enenbach (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
Matthew G. Munro (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

6

Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the Cattle Case*


/s/ Ulrike B. Connelly
Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany L. Lee (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tiffanylee@perkinscoie.com
David P. Graham, Reg. No. 0185462

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

7

David P. Graham
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

*Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.*