# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION<br><br>This Document Relates to:<br>All Actions | **COURT MINUTES**<br>BEFORE: Hildy Bowbeer<br>U.S. Magistrate Judge<br><br>Case No.: 20-cv-1319 (JRT/HB)<br>Date: May 4, 2022<br>Location: n/a (by videoconference)<br>Court Reporter: Paula Richter<br>Time: 3:30 pm – 4:28 pm<br>　　　　　4:39 pm – 4:55 pm<br>Total Time: 1 hour 14 minutes |

**APPEARANCES:**

Class Plaintiffs:
- For Cattle Producer Plaintiffs: Stacey P. Slaughter
- For Direct Purchaser Plaintiffs: Elizabeth T. Castillo and Michelle J. Looby
- For Commercial and Institutional Indirect Purchaser Plaintiffs: A. Blaine Finley and S. Sterling Aldridge
- For Consumer Indirect Purchaser Plaintiffs: R. David Hahn and Kyle J. Pozan

Defendants:
- For Tyson: Susan E. Foster

Non-Parties:
- For Marfrig Global Foods, S.A.: Leonid Feller

**PROCEEDINGS:**

The Court heard argument on Plaintiffs' Motion for Issuance of Letter of Request [ECF No. 513]. Ruling from the bench as fully described and for the reasons stated on the record, the Court denied the motion.

　　　　　　　　　　　　　　　　　　　　*s/MJA*
　　　　　　　　　　　　　　　　　　　　Judicial Law Clerk