# EXHIBIT 1

*In re DPP Beef Litigation*, Case No. 0:20-cv-01319 (JRT/HB)
**Direct Purchaser Plaintiffs' Litigation Fund Expenses by Category**
**Inception through May 20, 2022**

| DESCRIPTION | TOTAL INCURRED |
|---|---:|
| Consultants | $9,779.00 |
| Court Fees & Service Costs | $200.00 |
| Hearing Transcripts | $493.30 |
| Document Collection, Scanning, and Copying Services | $15,263.40 |
| Experts | $152,516.98 |
| Document Database Vendor | $2,193.65 |
| Phone Records Vendors & Subpoena Costs | $625.00 |
| Mediator Costs | $7,750.00 |
| | |
| **TOTAL:** | **$188,821.33** |