

Holley C. M. Horrell
612-373-8394 *direct*
hhorrell@greeneespel.com

July 13, 2022

**_VIA ECF_**

The Honorable John F. Docherty
United States District Court
316 N. Robert Street
St. Paul, MN 55101

      Re:     *In Re: Cattle & Beef Antitrust Litigation*
                Case No. 20-CV-1319 JRT/JFD (All Cases)

Dear Magistrate Judge Docherty:

      Consistent with the Court's request that the parties notify it promptly of any developments that could significantly affect the case management schedule (ECF No. 571), I write on behalf of all Defendants in the above-referenced litigation to notify the Court that the parties are discussing modifications to the June 22, 2022 Scheduling Order proposed by Defendants. Please let us know if the Court has any questions in advance of the parties' submissions on this issue.

                        Sincerely,

                        Holley C. M. Horrell

                        Counsel for Defendants Cargill, Incorporated
                        and Cargill Meat Solutions Corporation

HCMH/jo

cc:     All Counsel of Record (via ECF)