# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To: ALL CASES | Case No. 20-cv-1319 (JRT/JFD) |

**STIPULATION REGARDING STRUCTURED DATA PRODUCTIONS**

The Plaintiffs along with JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. ("JBS") (collectively with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, at the June 17, 2022 case management conference, the Court set a deadline of July 14, 2022 for the Parties to complete the meet and confer process related to (1) the scope issues about JBS's structured data productions and (2) outstanding requests for production [Doc. No. 570];

WHEREAS, pursuant to the Court's order, Plaintiffs must file any motions on unresolved disputes pertaining to those topics no later than July 21, 2022 and JBS's responses will be due two weeks after the motion is filed [Doc. No. 570];

WHEREAS, the Parties have been engaging in the meet and confer process for several months and have reached agreement on most issues, and JBS has already produced cattle procurement and slaughter data and beef sales data for the full structured data time period, but a few outstanding issues remain;

WHEREAS, JBS has advised that it requires additional time to investigate the existence and scope of certain categories of structured data sought by Plaintiffs, and the

Parties wish to continue to meet and confer on the few remaining issues in an attempt to avoid motion practice and desire to extend the above deadlines by two weeks to accommodate additional investigation and meet and confers;

BASED ON THE RECITALS ABOVE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

1. The Parties must complete the meet and confer process related to the scope issues about JBS's structured data productions by July 28, 2022.

2. Plaintiffs must file any motions on unresolved disputes pertaining to those topics no later than August 4, 2022 and JBS's responses will be due two weeks after any motion is filed.

Consistent with the above, the Parties respectfully request that the Court enter an order extending the deadlines as to JBS.

Dated:                                                    Respectfully submitted,

/s/ *Daniel Herrera*                                      /s/ *Jessica J. Nelson*
David R. Scott (*pro hac vice*)                           Donald G. Heeman, Reg. No. 0286023
Amanda F. Lawrence (*pro hac vice*)                       Jessica J. Nelson, Reg. No. 0347358
Patrick J. McGahan (*pro hac vice*)                       Randi J. Winter, Reg. No. 0391354
Michael P. Srodoski (Bar No. 0398250)                     **SPENCER FANE**
**SCOTT+SCOTT**                                           100 South Fifth Street, Suite 2500
**ATTORNEYS AT LAW LLP**                                  Minneapolis, MN 55402
156 Main Street                                           Tel.: (612) 268-7000
P.O. Box 192                                              dheeman@spencerfane.com
Colchester, CT 06415                                      jnelson@spencerfane.com
Tel: 860-537-5537                                         rwinter@spenderfane.com
Fax: 860-537-4432
david.scott@scott-scott.com                               Stephen Neuwirth (*pro hac vice*)
alawrence@scott-scott.com                                 Sami H. Rashid (*pro hac vice*)
pmcgahan@scott-scott.com                                  **QUINN EMANUEL URQUHART &**
msrodoski@scott-scott.com                                 **SULLIVAN LLP**
                                                          51 Madison Avenue
Christopher M. Burke (*pro hac vice*)                     New York, NY 10010
**SCOTT+SCOTT**                                           Tel.: (212) 849-7000
**ATTORNEYS AT LAW LLP**                                  stephenneuwirth@quinnemanuel.com
600 W. Broadway, Suite 3300                               samirashid@quinnemanuel.com
San Diego, CA 92101
Tel: 619-233-4565                                         ***Counsel for Defendants JBS USA Food***
Fax: 619-233-0508                                         ***Company, JBS Packerland, Inc., Swift***
cburke@scott-scott.com                                    ***Beef Company, and JBS S.A. in the DPP,***
                                                          ***Peterson, Erbert & Gerbert's, and Winn-***
Joseph P. Guglielmo (*pro hac vice*)                      ***Dixie cases***
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building                                     /s/ *Christopher R. Morris*
230 Park Avenue, 17th Floor                               Lewis A. Remele, Jr., Reg. No. 90724
New York, NY 10169                                        Christopher R. Morris, Reg. No. 230613
Tel: 212-223-6444                                         **BASSFORD REMELE, P.A.**
Fax: 212-223-6334                                         100 South 5th Street, Suite 1500
jguglielmo@scott-scott.com                                Minneapolis, MN 55402
                                                          Tel.: (612) 333-3000
Jennifer W. Sprengel (*pro hac vice*)                     lremele@bassford.com
Daniel O. Herrera (*pro hac vice*)                        cmorris@bassford.com
Kaitlin Naughton (*pro hac vice*)
**CAFFERTY CLOBES**                                       William F. Hargens (*pro hac vice*)
**MERIWETHER & SPRENGEL LLP**                             Mark F. Enenbach (*pro hac vice*)

3

135 S. LaSalle, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES
MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*

K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen (Bar No. 0398626)
Eric P. Barstad (Bar No. 0398797)
Austin Hurt (appearance to be filed shortly)
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com
ahurt@robinskaplan.com

Kellie Lerner (*pro hac vice*)
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022
Tel: 212-980-7400

Patrick E. Brookhouser, Jr. (*pro hac vice*)
Matthew G. Munro (*pro hac vice*)
**MCGRATH NORTH MULLIN &
KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com
menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the Cattle case*

Fax: 212-980-7499
klerner@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

Steve W. Berman (*pro hac vice*)
Breanna Van Engelen (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel: 206-623-7292
Fax: 206-623-0594
steve@hbsslaw.com
breannav@hbsslaw.com

Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
Abby Wolf (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel: 510-725-3000
Fax: 510-725-3001
shanas@hbsslaw.com
riop@hbsslaw.com
abbyw@hbsslaw.com

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Kyle Pozan (*pro hac vice*)
R. David Hahn (MN #0401262)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: 612-339-6900
Fax: 612-339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

kjpozan@locklaw.com
rdhahn@locklaw.com

*Co-Lead Counsel for Consumer Indirect Purchaser Plaintiffs*

Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: 612-333-8844
Fax: 612-339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

Dennis J. Stewart (*admitted pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor
San Diego, CA 92101
Tel: 612-333-8844
Fax: 612-339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*admitted pro hac vice*)
Elizabeth T. Castillo (*admitted pro hac vice*)
James G. Dallal (*admitted pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: 650-697-6000
Fax: 650-697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com

jdallal@cpmlegal.com

Alexander E. Barnett (*admitted pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street Suite 602
New York, NY 10013
Tel: 212-201-6820
Fax: 917-398-7753
abarnett@cpmlegal.com

Jason S. Hartley (*admitted pro hac vice*)
Jason M. Lindner (*admitted pro hac vice*)
Fatima G. Brizuela (*admitted pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
brizuela@hartleyllp.com

Megan E. Jones (*admitted pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: 415-633-1908
mjones@hausfeld.com

Timothy S. Kearns (*admitted pro hac vice*)
**HAUSFELD LLP**
888 16th St. NW, Suite 300
Washington, DC 20006
Tel: 202-540-7200
tkearns@hausfeld.com

***Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs***

Jonathan W. Cuneo (*pro hac vice*)
Alec Blaine Finley (*pro hac vice*)

7

**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW, Suite 200
Washington, DC 20002
Tel: 202-789-3960
Fax: 202-789-1813
jonc@cuneolaw.com
bfinley@cuneolaw.com

John W. ("Don") Barrett (*pro hac vice*)
David McMullan, Jr. (*pro hac vice*)
Katherine Riley (*pro hac vice*)
Sarah Sterling Aldridge (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
404 Court Square N
P.O. Box 927
Lexington, MS 39095
Tel: 662-834-2488
Fax: 662-834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
kbriley@barrettlawgroup.com
saldridge@barrettlawgroup.com

Shawn M. Raiter (MN#240424)
**LARSON KING, LLP**
30 E 7th St., Suite 2800
St. Paul, MN 55101-4922
Tel: 651-312-6500
Fax: 651-312-6615
sraiter@larsonking.com

*Interim Co-Lead Counsel for the Commercial and Institutional Indirect Purchaser Plaintiffs*

Patrick J. Ahern
**AHERN AND ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603
Tel: (312) 404-3760
patrick.ahern@ahernandassociatespc.com

Patrick J. Lee-O'Halloran (#269074)
THOMPSON TARASEK LEE-
**O'HALLORAN PLLC**
7101 York Avenue South, Suite 255
Edina, MN 55435
Tel: (612) 568-0132
Fax: (612) 564-6976
patrick@ttolaw.com

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc., and Bi-Lo Holding, LLC*