UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Actions. | Case No. 20-cv-1319 (JRT/HB) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF DATA AND DOCUMENTS**

Having come for hearing before the undersigned Magistrate Judge of the United States District Court for the District of Minnesota, and based upon all the files, records, proceeding, and arguments of counsel, **IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel the Production of Data and Documents is **GRANTED** in its entirety.

Accordingly:

1. The Cargill Defendants will produce structured data concerning the terms on which it purchased non-Fed Cattle slaughtered at its two "regional plants" located in Wyalusing, Pennsylvania and Fresno, California in response to All Plaintiffs' RFP No. 1.

2. In response to All Plaintiffs' RFP No. 17, Cattle RFP No. 12, Consumer RFP Nos. 1 and 8-9, and DPP RFP Nos. 40 and 42, the Cargill Defendants, the Tyson Defendants and Defendant National Beef shall produce the following categories of documents:

    a. Unstructured data related to the capacity and utilization of Defendants' case-ready plants;

1

    b. Unstructured data related to the storage capacity of Defendants' case-ready plants;

    c. Structured or unstructured data concerning Defendants' inventory of case-ready beef; and

    d. Unstructured data related to the opening, construction, expansion, and/or sale of case-ready plants.

  3.  The Tyson Defendants will produce structured data concerning their sales of further processed beef products in response to Consumer RFP No. 14.

  4.  Defendant National Beef will produce profit and loss reports related to its case-ready beef business in response to DPP RFP No. 51.

IT IS SO ORDERED.

Dated: _____   _____
                   HON. John F. Docherty
                   Magistrate Judge, District Court of Minnesota