UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE CATTLE AND BEEF ANTITRUST LITIGATION | Case No. 0:20-cv-01319 JRT-JFD |
| This Document Relates To:<br>IN RE DPP BEEF LITIGATION | **DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT BETWEEN DIRECT PURCHASER PLAINTIFFS AND JBS DEFENDANTS** |

Direct Purchaser Plaintiffs Howard B. Samuels solely in his capacity as Chapter 7 trustee for the bankruptcy estate of Central Grocers, Inc.; R&D Marketing, LLC; and Redner's Markets, Inc. (collectively, "DPPs"), respectfully move this court for an Order:

1.      Finally approving the settlement between DPPs and Defendants JBS S.A., JBS USA Food Company, Swift Beef Company, and JBS Packerland, Inc. (collectively, "JBS") as being a fair, reasonable, and adequate settlement for the Settlement Class within the meaning of Fed. R. Civ. P. 23, and directing the implementation, performance, and consummation of that settlement.

2.      Certifying the class reflected in the Settlement Agreement for settlement purposes pursuant to Fed. R. Civ. P. 23(e) because, as determined at Preliminary Approval, the settlement class meets all of the requirements under Rule 23 for settlement class certification.

1

3.      Determining that the Class Notice issued after preliminary approval constituted the best notice practicable under the circumstances of the settlement and the fairness hearing, and constituted due and sufficient notice for all other purposes to all persons entitled to receive notice.

4.      Dismissing the action with prejudice as to JBS in all class action complaints asserted by DPPs or the Settlement Class, excluding any persons or entities who timely opted out of the settlement.

5.      Discharging and releasing the Released Parties, as defined in the settlement, from all Released Claims, as defined in the settlement.

6.      Reserving continuing and exclusive jurisdiction over the settlement for all purposes.

7.      Determining under Fed. R. Civ. P. 54(b) that there is no just reason for delay and directing that the judgment of dismissal as to JBS shall be final and appealable and entered forthwith.

This motion is based upon Fed. R. Civ. P. 23, and all the files, records, and proceedings herein including Direct Purchaser Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Settlement between Direct Purchaser Plaintiffs and JBS Defendants, the Declarations of Daniel E. Gustafson and Eric Schachter submitted in support of this Motion, the evidence submitted in support of this Motion, and such further evidence, whether documentary or oral, that may be presented at the time of the noticed hearing.

Dated: July 22, 2022                                   Respectfully Submitted,

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#258337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Anthony J. Stauber (#0401093)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
tstauber@gustafsongluek.com

Dennis J. Stewart (*admitted pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 W. Broadway
Ste. 3300
San Diego, CA 92101
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*admitted pro hac vice*)
Elizabeth T. Castillo (*admitted pro hac vice*)
James G.B. Dallal (*admitted pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com
ecastillo@cpmlegal.com
jdallal@cpmlegal.com

Alexander E. Barnett (*admitted pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**

3

40 Worth Street, Suite 602
New York, NY 10013
Telephone: (212) 201-6820
Facsimile: (917) 398-7753
abarnett@cpmlegal.com

Jason S. Hartley (*admitted pro hac vice*)
Jason M. Lindner (*admitted pro hac vice*)
Fatima G. Brizuela (*admitted pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com
lindner@hartleyllp.com
brizuela@hartleyllp.com

Megan E. Jones (*admitted pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

Timothy S. Kearns (*admitted pro hac vice*)
**HAUSFELD LLP**
888 16th St. NW, Suite 300
Washington, DC 20006
Tel: (202) 540-7200
tkearns@hausfeld.com

***Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs***