UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Cases | Case No. 20-cv-1319 (JRT/JFD) |

## JOINT STIPULATION TO MODIFY SCHEDULING ORDER

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

The Parties first proposed possible case schedules to the Court as part of their Joint Rule 26 report. ECF No. 282 (filed November 2021). On June 22, 2022, the Court entered the Scheduling Order (ECF No. 571) and the Order Regarding Search Methodology for Electronically Stored Information ("Search Methodology Order") (ECF No. 572).

On June 30, 2022, Defendants notified Plaintiffs in a separate meet-and-confer that Defendants would propose modifications to the Scheduling Order; they sent Plaintiffs a written proposal the next day. On July 13, 2022, Defendants also notified the Court that the parties were discussing modifications to the Scheduling Order proposed by Defendants. ECF No. 587 (filed July 13, 2022).

The Parties met and conferred regarding the proposed modifications and agree that the Scheduling Order should be modified for good cause. As the Parties recognized in June, the "progress on unstructured data productions in particular [was] affected by the

outstanding search-methodology dispute and by ongoing negotiations over RFPs." ECF No. 565 at 3.

The Search Methodology Order was entered on June 22, 2022, and under its terms, search term negotiations are scheduled to begin "[w]ithin 14 days of the parties completing their negotiations on all discovery issued as of January 1, 2022, and the Court ruling on any outstanding RFP disputes arising from these negotiations." ECF No. 572, at 6. The Parties completed those RFP negotiations on July 14, 2022, pursuant to the Court's deadline. ECF No. 570. Plaintiffs filed a Motion to Compel and noticed it for a hearing on August 15, 2022. ECF No. 596. Under the current case schedule, however, by this same date (August 15), Defendants are due to have *completed* the document productions for five "Priority Custodians." ECF No. 571. The Parties agree that this deadline, and several others, cannot be reasonably met and should be extended given the schedules set in other orders and the extensiveness of discovery negotiations.

To continue advancing the progress of discovery in these coordinated cases, the parties agree to begin search term negotiations earlier than provided for in the Search Methodology Order.

Similarly, the Parties further agree to set certain interim production deadlines associated with Defendants' productions in related investigations, which are to be produced in these cases consistent with the Parties' prior agreements and the Court's rulings.

Therefore, the Parties hereby stipulate and respectfully request that the Court approve modifying the existing case schedule as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| First phase search term proposals begin with proposals by producing parties | [No date certain; *see* Search Methodology Order ("SMO")] | 8/15/2022 for all RFPs resolved prior to Plaintiffs' Motion to Compel (ECF No. 591) ("Resolved RFPs").<br><br>14 days after a ruling on the Motion to Compel for these RFP disputes. |
| Requesting parties provide proposed revisions to producing parties' search terms | [Per SMO, 14 days after producing parties' proposals] | 14 days after producing parties' proposals |
| Producing party supports its objections to proposed revised search terms | [Per SMO, 14 days after requesting parties' proposals] | 14 days after requesting parties' proposals |
| Conclude meet and confers and file motion practice over search terms, if any | [No current deadline] | 10/4/2022 |
| Rolling Productions to commence | 4/18/2022 | All Parties have already started producing available documents. To advance discovery while certain disputes and negotiations continue, Defendants further agree to the following interim deadlines:<br><br>By 8/12/2022: Defendants to begin additional rolling productions of responsive, nonprivileged materials that were produced in related state and federal government cases ("Investigative Materials") on or before 7/29/2022 ("pre-August").<br><br>By 8/23/2022: Defendants to have produced the substantial corpus of the pre-August Investigative Materials. |

|  |  |  | By 9/26/2022: Defendants to produce the remaining pre-August Investigative Materials.<br><br>By 10/25/2022: Any additional Investigative Materials produced in the related cases between 7/29/2022 and 9/2/2022 to be produced by Defendants in this matter.<br><br>Investigative Materials produced in the related cases after 9/2/2022 will be produced in this matter on a rolling basis. |
|---|---|---|---|
| Productions for 5 Priority Custodians to be completed |  | 8/15/2022 | 12/15/2022 for Resolved RFPs (subject to the understanding that if the parties bring motion practice over certain search terms, this deadline will not apply to the disputed search terms) |
| Structured data productions complete |  | 9/1/2022 | 12/1/2022<br><br>Structured data subject to the Motion to Compel need not be produced until 40 days after a ruling on the Motion to Compel, or 3/1/2023, whichever is later. |
| Document productions substantially complete |  | 11/1/2022 | 2/23/2023 |
| Motions to amend the pleadings |  | 12/1/2022 | 4/5/2023 |
| Class certification motions and Plfs. serve class cert. expert reports |  | 5/1/2023 | 8/16/2023 |
| Defs.' class cert. oppositions, Defs.' class cert. Daubert motions, and Defs. serve class cert. expert reports |  | 7/3/2023 | 10/18/2023 |

4

| | | |
|---|---|---|
| Plfs.' class cert. replies, Plfs.' class-cert.-related Daubert motions, Plfs.' opps. to Defs.' Daubert motions, and Plfs. serve any class cert. expert rebuttal reports | 9/1/2023 | 12/21/2023 |
| Fact discovery completed | 10/2/2023 | 2/2/2024 |
| Defs.' opps. to Plfs.' Daubert motions, and Defs.' replies ISO Defs.' Daubert motions | 10/13/2023 | 2/15/2024 |
| Plfs.' replies ISO Plfs.' Daubert motions | 11/13/2023 | 3/15/2024 |

Deadlines related to the service of back-up materials and depositions of class certification experts will remain as set forth in the Scheduling Order. All other deadlines in the Scheduling Order that are set by reference to other dates, rather than as a date certain, will similarly remain as set forth in the Scheduling Order.

Consistent with the above, the Parties respectfully request that the Court enter the concurrently submitted proposed order.

Dated: July 25, 2022                                      Respectfully submitted,

/s/ Patrick J. McGahan                                    s/ Holley C. M. Horrell
David R. Scott (*pro hac vice*)                           X. Kevin Zhao, Reg. No. 0391302
Amanda F. Lawrence (*pro hac vice*)                       Holley C. M. Horrell, Reg. No. 0399636
Patrick J. McGahan (*pro hac vice*)                       Davida S. McGhee, Reg. No. 0400175
Michael P. Srodoski (Bar No. 0398250)                     **GREENE ESPEL PLLP**
**SCOTT + SCOTT**                                         222 S. Ninth Street, Suite 2200
**ATTORNEYS AT LAW LLP**                                  Minneapolis, MN 55402
156 Main Street                                           (612) 373-0830
P.O. Box 192                                              kzhao@greeneespel.com
Colchester, CT 06415                                      hhorrell@greeneespel.com
Tel.: 860-537-5537                                        dwilliams@greeneespel.com
Fax.: 860-537-4432
david.scott@scot-scott.com                                Britt M. Miller (*pro hac vice*)
alawrence@scott-scott.com                                 Matthew Provance (*pro hac vice*)
pmcgahan@scott-scott.com                                  **MAYER BROWN LLP**
msrodoski@scott-scott.com                                 71 South Wacker Drive
                                                          Chicago, IL 60606
                                                          (312) 782-0600
Christopher M. Burke (*pro hac vice*)                     bmiller@mayerbrown.com
**SCOTT + SCOTT**                                         mprovance@mayerbrown.com
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300                               William H. Stallings (*pro hac vice*)
San Diego, CA 92101                                       **MAYER BROWN LLP**
Tel.: 619-233-4565                                        1999 K Street, NW
Fax: 619-233-0508                                         Washington, DC 20006-1101
cburke@scott-scott.com                                    (202) 263-3338
                                                          wstallings@mayerbrown.com

Joseph P. Guglielmo (*pro hac vice*)
**SCOTT + SCOTT**                                         *Counsel for Defendants Cargill,*
**ATTORNEYS AT LAW LLP**                                  *Incorporated and Cargill Meat Solutions*
The Helmsley Building                                     *Corporation*
230 Park Avenue
17th Floor
New York, NY 10169
Tel.: 212-223-6444                                        /s/ Benjamin L. Ellison
Fax: 212-223-6334                                         Benjamin L. Ellison, Reg. No. 0392777
jguglielmo@scott-scott.com                                Chelsea A. Bunge-Bollman, Reg. No.
                                                            0401297
                                                          **JONES DAY**
Jennifer W. Sprengel (*pro hac vice*)                     90 South Seventh Street, Suite 4950
Daniel O. Herrera (*pro hac vice*)                        Minneapolis, MN 55402
Kaitlin Naughton (*pro hac vice*)                         Tel.: (612) 217-8862

6

**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL 60606
Tel.: 312-782-4882
Fax: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
knaughton@caffertyclobes.com

Ellen Meriwether (*pro hac vice*)
**CAFFERTY CLOBES**
**MERIWETHER & SPRENGEL LLP**
205 N. Monroe Street
Media, PA 19063
Tel.: 215-864-2800
Fax: 215-864-2810
emeriwether@caffertyclobes.com

*Interim Co-Lead Counsel for the Cattle Plaintiffs*


K. Craig Wildfang (Bar No. 0117043)
Thomas J. Undlin (Bar No. 0183751)
Stacey P. Slaughter (Bar No. 0296971)
Geoff Kozen
Eric P. Barstad
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Tel.: 612-349-8500
Fax: 612-339-4181
kcwildfang@robinskaplan.com
tundlin@robinskaplan.com
sslaughter@robinskaplan.com
gkozen@robinskaplan.com
ebarstad@robinskaplan.com


Kellie Lerner
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600

bellison@jonesday.com
cbungebollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)
**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (pro hac vice)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
Tel.: 312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef Packing Company, LLC*


/s/   Sami H. Rashid
Donald G. Heeman, Reg. No. 0286023
Jessica J. Nelson, Reg. No. 0347358
Randi J. Winter, Reg. No. 0391354
**SPENCER FANE**
100 South Fifth Street, Suite 2500
Minneapolis, MN 55402

7

New York, NY 10022
Tel.: 212-980-7400
Fax: 212-980-7499
klerner@robinskaplan.com

*Liaison Counsel for the Cattle Plaintiffs*

/s/ Shana E. Scarlett
Shana E. Scarlett (*pro hac vice*)
Rio S. Pierce (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Tel.: (510) 725-3000
Fax: (510) 725-3001
shanas@hbsslaw.com
riop@hbsslaw.com

Steve W. Berman (*pro hac vice*)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, Washington 98101
Tel.: (206) 623-7292
Fax: (206) 623-0594
steve@hbsslaw.com

W. Joseph Bruckner (MN #0147758)
Brian D. Clark (MN #0390069)
Arielle S. Wagner (MN #0398332)
Kyle J. Pozan (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55402
Tel.: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
aswagner@locklaw.com

Tel.: (612) 268-7000
dheeman@spencerfane.com
jnelson@spencerfane.com
rwinter@spenderfane.com

Stephen Neuwirth (*pro hac vice*)
Sami H. Rashid (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue
New York, NY 10010
Tel.: (212) 849-7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com

*Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the DPP, Peterson, Erbert & Gerbert's, and Winn-Dixie cases*

/s/   Patrick E. Brookhouser, Jr.
Lewis A. Remele, Jr., Reg. No. 90724
Christopher R. Morris, Reg. No. 230613
**BASSFORD REMELE, P.A.**
100 South 5th Street, Suite 1500
Minneapolis, MN 55402
Tel.: (612) 333-3000
lremele@bassford.com
cmorris@bassford.com

William F. Hargens (*pro hac vice*)
Mark F. Enenbach (*pro hac vice*)
Patrick E. Brookhouser, Jr. (*pro hac vice*)
Matthew G. Munro (*pro hac vice*)
**MCGRATH NORTH MULLIN & KRATZ, PC LLO**
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Tel: (402) 341-3070
whargens@mcgrathnorth.com

8

kjpozan@locklaw.com

J. Barton Goplerud
Shindler, Anderson, Goplerud & Weese, PC
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Tel: (515) 223-4567
Fax: (515) 223-8887
goplerud@sagslaw.com

***Counsel for Plaintiffs and the Proposed Consumer Indirect Purchaser Classes in the Peterson Action***

/s/ Daniel C. Hedlund
Daniel E. Gustafson (#202241)
Daniel C. Hedlund (#259337)
Michelle J. Looby (#0388166)
Joshua J. Rissman (#0391500)
Brittany Resch (#397656)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com
bresch@gustafsongluek.com

Dennis J. Stewart (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
600 B Street, 17th Floor
San Diego, CA 92101
Tel: (612) 333-8844
Fax: (612) 339-6622
dstewart@gustafsongluek.com

Adam J. Zapala (*pro hac vice*)

menenbach@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

***Counsel for Defendants JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. in the Cattle case***

/s/   Tiffany Lee
David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com
tlee@perkinscoie.com
hparman@perkinscoie.com

***Counsel for Defendants Tyson Foods, Inc., and Tyson Fresh Meats, Inc.***

9

Elizabeth T. Castillo (*pro hac vice*)
Reid W. Gaa (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
azapala@cpmlegal.com
ecastillo@cpmlegal.com
rgaa@cpmlegal.com

Alexander E. Barnett (*pro hac vice*)
**COTCHETT, PITRE & MCCARTHY, LLP**
40 Worth Street, 10th Floor
New York, NY 10013
Tel: (212) 201-6820
Fax: (917-398-7753
abarnett@cpmlegal.com

Jason S. Hartley (*pro hac vice*)
**HARTLEY LLP**
101 W. Broadway, Suite 820
San Diego, CA 92101
Tel: (619) 400-5822
hartley@hartleyllp.com

Megan E. Jones (*pro hac vice*)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
mjones@hausfeld.com

*Interim Co-Lead Counsel for the Proposed Direct Purchaser Plaintiffs*


/s/ Blaine Finley
Shawn M. Raiter (MN #240424)
**LARSON KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101

Tel: (651) 312-6518
sraiter@larsonking.com

Don Barrett (*pro hac vice*)
David McMullan (*pro hac vice*)
**BARRETT LAW GROUP, P.A.**
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095-0927
Tel: (662) 834-9168
Fax: (662) 834-2628
donbarrettpa@gmail.com
mcmullan@BarrettLawGroup.com

Jonathon W. Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 789-3960
jonc@cuneolaw.com
bfinley@cuneolaw.com

Jon Tostrud
Anthony Carter (to apply *pro hac vice*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com

*Counsel for Erbert & Gerbert's, Inc. and the Proposed Classes*


/s/ Patrick J. Ahern
Patrick J. Ahern
Theodore B. Bell
**AHERN AND ASSOCIATES, P.C.**
Willoughby Tower
8 South Michigan Avenue, Suite 3600
Chicago, Illinois 60603

Ph: (312) 404-3760
patrick.ahern@ahernandassociatespc.com
theo.bell@ahernandassociatespc.com

Patrick J. Lee-O'Halloran (#269074)
**THOMPSON TARASEK LEE-O'HALLORAN PLLC**
7101 York Avenue South, Suite 255
Edina, MN 55435
Telephone: (612) 568-0132
Fax: (612) 564-6976
patrick@ttlolaw.com

*Attorneys for Plaintiffs Winn-Dixie Stores, Inc., and Bi-Lo Holding, LLC*