IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION*<br><br>This Document Relates To:<br><br>All Cases | Case No. 20-cv-1319 (JRT/JFD) |

### [PROPOSED] ORDER REGARDING JOINT STIPULATION TO MODIFY SCHEDULING ORDER

Pursuant to the Joint Stipulation to Modify Scheduling Order (ECF No. 609), entered into by the Parties, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Scheduling Order (ECF No. 571) is MODIFIED as follows:

| Event | Current Deadline | Proposed Modification |
|---|---|---|
| First phase search term proposals begin with proposals by producing parties | [No date certain; *see* Search Methodology Order (ECF No. 572) ("SMO")] | August 15, 2022 for all RFPs resolved prior to Plaintiffs' Motion to Compel (ECF No. 591) ("Resolved RFPs").<br><br>14 days after a ruling on the Motion to Compel for these RFP disputes. |
| Requesting parties provide proposed revisions to producing parties' search terms | [Per SMO, 14 days after producing parties' proposals] | 14 days after producing parties' proposals |
| Producing party supports its objections to proposed revised search terms | [Per SMO, 14 days after requesting parties' proposals] | 14 days after requesting parties' proposals |

| Conclude meet and confers and file motion practice over search terms, if any | [No current deadline] | October 4, 2022 |
|---|---|---|
| Rolling Productions to commence | 4/18/2022 | All Parties have already started producing available documents. To advance discovery while certain disputes and negotiations continue, Defendants further agree to the following interim deadlines:<br><br>By August 12, 2022: Defendants to begin additional rolling productions of responsive, nonprivileged materials that were produced in related state and federal government cases ("Investigative Materials") on or before July 29, 2022 ("pre-August").<br><br>By August 23, 2022: Defendants to have produced the substantial corpus of the pre-August Investigative Materials.<br><br>By September 26, 2022: Defendants to produce the remaining pre-August Investigative Materials.<br><br>By October 25, 2022: Any additional Investigative Materials produced in the related cases between July 29, 2022 and September 2, 2022 to be produced by Defendants in this matter.<br><br>Investigative Materials produced in the related cases after September 2, 2022 will be produced in this matter on a rolling basis. |

| | | |
|---|---|---|
| Productions for 5 Priority Custodians to be completed | August 15, 2022 | December 15, 2022 for Resolved RFPs (subject to the understanding that if the parties bring motion practice over certain search terms, this deadline will not apply to the disputed search terms) |
| Structured data productions complete | September 1, 2022 | December 1, 2022<br><br>Structured data subject to the Motion to Compel need not be produced until 40 days after a ruling on the Motion to Compel, or March 1, 2023, whichever is later. |
| Document productions substantially complete | November 1, 2022 | February 23, 2023 |
| Motions to amend the pleadings | December 1, 2022 | April 5, 2023 |
| Class certification motions and Plfs. serve class cert. expert reports | May 1, 2023 | August 16, 2023 |
| Defs.' class cert. oppositions, Defs.' class cert. Daubert motions, and Defs. serve class cert. expert reports | July 3, 2023 | October 18, 2023 |
| Plfs.' class cert. replies, Plfs.' class-cert.-related Daubert motions, Plfs.' opps. to Defs.' Daubert motions, and Plfs. serve any class cert. expert rebuttal reports | September 1, 2023 | December 21, 2023 |
| Fact discovery completed | October 2, 2023 | February 2, 2024 |
| Defs.' opps. to Plfs.' Daubert motions, and Defs.' replies ISO Defs.' Daubert motions | October 13, 2023 | February 15, 2024 |
| Plfs.' replies ISO Plfs.' Daubert motions | November 13, 2023 | March 15, 2024 |

3

Deadlines related to the service of back-up materials and depositions of class certification experts shall remain as set forth in the Scheduling Order. All other deadlines in the Scheduling Order that are set by reference to other dates, rather than as a date certain, shall similarly remain as set forth in the Scheduling Order.

IT IS SO ORDERED.

Date: _____

_____
JOHN F. DOCHERTY
United States Magistrate Judge