## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*IN RE CATTLE AND BEEF ANTITRUST LITIGATION*

This document relates to:

ALL CASES

Case No. 0:20-cv-1319 (JRT/JFD)

## DEFENDANTS' STATEMENT INSTEAD OF REDACTION

Pursuant to Local Rule 5.6, Defendants seek to file Exhibits A and B to the Declaration of X. Kevin Zhao under seal because they include content that qualifies as Confidential under the Court's protective order entered in the case and redaction is impracticable.

Dated: August 4, 2022

Respectfully submitted,

/s/ X. Kevin Zhao
X. Kevin Zhao, Reg. No. 0391302
Holley C. M. Horrell, Reg. No. 0399636
Davida S. McGhee, Reg. No. 0400175
**GREENE ESPEL PLLP**
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
(612) 373-0830
kzhao@greeneespel.com
hhorrell@greeneespel.com
dwilliams@greeneespel.com

Britt M. Miller (*pro hac vice*)
Matthew Provance (*pro hac vice*)
**MAYER BROWN LLP**
71 South Wacker Drive
Chicago, IL 60606

1

(312) 782-0600
bmiller@mayerbrown.com
mprovance@mayerbrown.com

William H. Stallings (*pro hac vice*)
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006-1101
(202) 263-3338
wstallings@mayerbrown.com

***Counsel for Defendants Cargill,
Incorporated and Cargill Meat Solutions
Corporation***

/s/   Benjamin L. Ellison
Benjamin L. Ellison, Reg. No. 0392777
Chelsea A. Bunge-Bollman, Reg. No.
  0401297
**JONES DAY**
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Tel.: (612) 217-8862
bellison@jonesday.com
cbungebollman@jonesday.com

Julia E. McEvoy (*pro hac vice*)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel.: (202) 879-3867
jmcevoy@jonesday.com

Michelle Fischer (*pro hac vice*)
**JONES DAY**
901 Lakeside Avenue
North Point
Cleveland, OH 44114
Tel.: 216-586-3939
mfischer@jonesday.com

Tiffany Lipscomb-Jackson (*pro hac vice*)

2

**JONES DAY**
325 John H. McConnell Blvd., Suite 600
Columbus, OH 43215
Tel.: 614-281-3939
tdlipscombjackson@jonesday.com

Eddie Hasdoo (pro hac vice)
**JONES DAY**
77 W. Wacker Dr., Suite 3500
Chicago, IL 60601
Tel.: 312-269-4214
ehasdoo@jonesday.com

*Counsel for Defendant National Beef
Packing Company, LLC*

/s/   Ulrike B. Connelly
David P. Graham, Reg. No. 0185462
**DYKEMA GOSSETT, PLLC**
4000 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402
Tel: (612) 486-1521
dgraham@dykema.com

Jon B. Jacobs (*pro hac vice*)
**PERKINS COIE LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005
Tel: (202) 654-1758
jbjacobs@perkinscoie.com

Susan E. Foster (*pro hac vice*)
Ulrike B. Connelly (*pro hac vice*)
Tiffany Lee (*pro hac vice*)
Hannah Parman (*pro hac vice*)
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Tel: (206) 359-8846
sfoster@perkinscoie.com
uconnelly@perkinscoie.com

3

tlee@perkinscoie.com
hparman@perkinscoie.com

Barry G. Stratford (*pro hac vice*)
**PERKINS COIE LLP**
2901 N. Central Avenue
Suite 2000
Phoenix, Arizona 85012-2788
Tel: (602) 351-8000
bstratford@perkinscoie.com

Caroline G. Tunca (*pro hac vice*)
**PERKINS COIE LLP**
110 North Wacker Drive
34th Floor
Chicago, Illinois 60606
Tel: (312) 324-8400
ctunca@perkinscoie.com

***Counsel for Defendants Tyson Foods,
Inc., and Tyson Fresh Meats, Inc.***