# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| *IN RE CATTLE AND BEEF ANTITRUST LITIGATION* | Case No. 20-cv-1319 (JRT/JFD) |
| This Document Relates To: ALL CASES | **ORDER** |

Pursuant to the Third Stipulation Regarding Structured Data Productions (Dkt. No. 631) filed by Plaintiffs and JBS USA Food Company, JBS Packerland, Inc., Swift Beef Company, and JBS S.A. ("JBS") (collectively with Plaintiffs, the "Parties"), **IT IS HEREBY ORDERED THAT**:

1. The Parties must complete the meet and confer process related to the scope issues about JBS's structured data productions by August 25, 2022.

2. Plaintiffs must file any motions on unresolved disputes pertaining to those topics no later than September 1, 2022 and JBS's responses will be due two weeks after any motion is filed.

Dated: August 24, 2022

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge