**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: DPP BEEF ANTITRUST
LITIGATION

Case No. 0:20-cv-1319 (JRT/HB)

This document relates to:

*All Cases*

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that the law firm of WEXLER BOLEY & ELGERSMA LLP,

formerly WEXLER WALLACE LLP, has changed its mailing address to the following:

WEXLER BOLEY & ELGERSMA LLP
311 S. Wacker Drive, Suite 5450
Chicago, IL 60606
TEL: (312) 346-2222
FAX: (312) 346-0022

DATED: October 31, 2022

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Tel: 312-346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on October 31, 2022, the foregoing was electronically filed via the Court's

Electronic Case Filing System, which will send notification of such filing to all counsel of record.

*/s/ Kenneth A. Wexler*
Kenneth A. Wexler
Melinda J. Morales
**WEXLER BOLEY & ELGERSMA LLP**
311 S. Wacker Dr., Suite 5450
Chicago, IL 60606
Tel: 312-346-2222
kaw@wbe-llp.com
mjm@wbe-llp.com